AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| Wapp Tech Limited Partnership and Wapp Tech Corp. | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No.  4:21-cv-00670 |
| Bank of America N.A. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Bank of America N.A.
c/o C T Corporation System
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136 USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amir Alavi
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney St., Suite 2500
Houston, TX 77010
(713) 655-1101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  8/30/21

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

**CAUSE NO. 4:21-CV-00670**

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP, ET AL<br>**PLAINTIFF**<br><br>VS.<br><br>BANK OF AMERICA N.A.<br>**DEFENDANT** | §<br>§<br>§<br>§   IN THE US DISTRICT COURT, EASTERN<br>§                              DISTRICT OF TEXAS<br>§<br>§<br>§<br>§<br>§ |

**SUMMONS IN A CIVIL ACTION**
**RETURN OF SERVICE**

THIS SUMMONS IN A CIVIL ACTION, JURY TRIAL DEMANDED, PLAINTIFFS ORIGINAL COMPLAINT, CIVIL COVER SHEET, FOR BANK OF AMERICA N.A.  C/O CT CORPORATION SYSTEM WAS RECEIVED BY ME ON MONDAY, AUGUST 30, 2021 AT 11:02 AM

I DELIVERED THE ABOVE-MENTIONED DOCUMENTS TO KIRK ATKINS INTAKE SPECIALIST WHO REPRESENTED THAT THEY WERE AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF BANK OF AMERICA N.A.  C/O CT CORPORATION SYSTEM ON MONDAY, AUGUST 30, 2021 AT 2:30 PM AT 1999 BRYAN STREET SUITE 900, DALLAS, TX 75201.

I AM OVER THE AGE OF EIGHTEEN, AND AM NOT A PARTY TO THIS CASE.

I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION IS TRUE.

MONDAY, AUGUST 30, 2021

*Don Anderson*

DON ANDERSON
Process Server


WAP004
DocID: P285629_1