UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 4:21-cv-00670

Name of party requesting extension: Bank of America N.A.

Is this the first application for extension of time in this case? ✓ Yes
☐ No

If no, please indicate which application this represents: ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 08/30/2021

Number of days requested: ✓ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 10/20/2021 *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Amir Alavi (counsel for Plaintff)
State Bar No.: 00793239
Firm Name: Ahmad, Zavitsanos, Anaipakos, Alavi, & Mensing, P.C.
Address: 1221 McKinney St., Suite 2500
Houston, TX 77010

Phone: (713) 655-1101
Fax: (713) 655-0062
Email: aalavi@azalaw.com

A certificate of conference does not need to be filed with this unopposed application.