UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 4:21-cv-00670

Name of party requesting extension: Bank of America, N.A.

Is this the first application for extension of time in this case?   ☐ Yes   ☑ No

If no, please indicate which application this represents:   ☑ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 08/30/2021

Number of days requested:   ☐ 30 days   ☑ 15 days   ☐ Other _____ days

New Deadline Date: 11/04/2021   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Amir Alavi (counsel for Plaintiff)

State Bar No.: 00793239

Firm Name: Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, P.C.

Address: 1221 McKinney St., Suite 2500
Houston, Texas 77010

Phone: (713) 655-1101

Fax: (713) 655-0062

Email: aalavi@azalaw.com

A certificate of conference does not need to be filed with this unopposed application.