# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> *Plaintiffs*, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br> *Defendant*. | Civil Action No. 4:21-cv-00670 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Bank of America, N.A. ("Bank of America") files this Notice of Appearance of Counsel, and hereby notifies the Court and all parties of record that Bill Trac of the law firm O'Melveny & Myers LLP, Two Embarcadero Center, 28th Floor, San Francisco, California 94111, is appearing as counsel for Bank of America. All pleadings, discovery, correspondence, and other materials should be served upon counsel at the address referenced above.

Dated:  November 4, 2021

By: */s/ Bill Trac*
Timothy S. Durst
Texas State Bar No. 00786924
tdurst@omm.com
**O'MELVENY & MYERS LLP**
2501 North Harwood Street
Suite 1700
Dallas, TX 75201-1663
Telephone: 972-360-1900
Facsimile: 927-360-1901

Marc J. Pensabene (*Pro Hac Vice*)
New York State Bar No. 2656361
mpensabene@omm.com
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Facsimile: 212-326-2061

Darin Snyder (*Pro Hac Vice*)
California State Bar No. 136003
dsnyder@omm.com
Bill Trac (admitted to E.D. Tex.)
California State Bar No. 281437
btrac@omm.com
Rui Li (*Pro Hac Vice*)
California State Bar No. 320332
rli@omm.com
**O'MELVENY & MYERS LLP**
2 Embarcadero Center
28th Floor
San Francisco, CA 94111
Tel: (415) 984-8700
Fax: (415) 984-8701

***Attorneys for Bank of America, N.A.***

## **CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on November 4, 2021.

               */s/ Bill Trac*