# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., | § § § | |
| Plaintiffs, | § § | Case No. 4:21-cv-00670-ALM |
| v. | § § | JURY TRIAL DEMANDED |
| BANK OF AMERICA, N.A., | § § | |
| Defendant. | § § § | |

## ORDER EXTENDING DEADLINE TO FILE RULE 26(f) REPORT

Before the Court is Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp.'s Unopposed Motion to Extend Deadline to File Rule 26(f) Joint Report (Dkt. #31) to a mutually agreeable date and time that will not affect any other Court-ordered date. The Court finds the motion should be and hereby is GRANTED.

It is therefore ORDERED that the parties may file the joint report no later than December 23, 2021.

**IT IS SO ORDERED.**
**SIGNED this 21st day of December, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE