# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., | § § § | |
| *Plaintiffs,* | § § | Case No. 4:21-cv-00670-ALM |
| v. | § § § | JURY TRIAL DEMANDED |
| BANK OF AMERICA, N.A., | § § | |
| *Defendant.* | § § § | |

## PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW ATTORNEY KYUNG (DREW) KIM

Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. (collectively, "Wapp" or "Plaintiffs") move the Court for an Order withdrawing attorney Kyung (Drew) Kim, as counsel of record for Wapp and removing his name from the list of persons authorized to receive electronic notices in this case. Mr. Kim is no longer with the firm of Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C. All other attorneys of record for Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C. will continue as counsel for Wapp.

1

<table>
<tr><td>Dated: February 7, 2022</td><td>Respectfully submitted,<br><br>/s/ *Amir Alavi*<br>Amir Alavi<br>Texas Bar No. 00793239<br>aalavi@azalaw.com<br>Demetrios Anaipakos<br>Texas Bar No. 00793258<br>danaipakos@azalaw.com<br>Scott W. Clark<br>Texas Bar No. 24007003<br>sclark@azalaw.com<br>Brian E. Simmons<br>Texas Bar No. 24004922<br>bsimmons@azalaw.com<br>Justin Chen<br>Texas Bar No. 24074024<br>jchen@azalaw.com<br>Masood Anjom<br>Texas Bar No. 24055107<br>manjom@azalaw.com<br>Weining Bai<br>Texas Bar No. 24101477<br>wbai@azalaw.com<br>**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.**<br>1221 McKinney Street, Suite 2500<br>Houston, TX 77010<br>Telephone: 713-655-1101<br>Facsimile: 713-655-0062<br><br>Leslie V. Payne<br>State Bar No. 0784736<br>lpayne@hpcllp.com<br>R. Allan Bullwinkel<br>State Bar No. 24064327<br>abullwinkel@hpcllp.com<br>Christopher L. Limbacher<br>State Bar No. 24102097<br>climbacher@hpcllp.com<br>HEIM PAYNE & CHORUSH, LLP<br>1111 Bagby St., Suite 2100<br>Houston, Texas 77002<br>Telephone: (713) 221-2000<br>Facsimile: (713) 221-2021</td></tr>
</table>

J. Michael Young
SBN 00786465
myoung@somlaw.net
Roger D. Sanders
SBN 17604700
rsanders@somlaw.net
SANDERS, MOTLEY, YOUNG & GALLARDO, PLLC
111 South Travis Street
Sherman, Texas 75090
(903) 892-9133
(903) 892-4302 (fax)

**ATTORNEYS FOR PLAINTIFFS WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP.**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiffs conferred by email for counsel for Defendant and that Defendant does not oppose this motion.

/s/ *Masood Anjom*
Masood Anjom

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on February 7, 2022. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

/s/ *Amir Alavi*
Amir Alavi