IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., | § § § | |
| *Plaintiffs,* | § § | Case No. 4:21-cv-00670-ALM |
| v. | § § | Jury Trial Demanded |
| BANK OF AMERICA, N.A., | § § | |
| *Defendant.* | § § § | |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW ATTORNEY KYUNG (DREW) KIM

Having considered Wapp's Unopposed Motion for Withdrawal of Attorney Kyung (Drew) Kim, as Counsel for Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp., the Court finds that the Motion is GRANTED.

Accordingly, this Court hereby ORDERS that Kyung (Drew) Kim is withdrawn as counsel of record for Wapp and electronic notifications to Mr. Kim are to be terminated.