# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> *Plaintiffs*, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br> *Defendant*. | Civil Action No. 4:21-cv-00670 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE

Defendant Bank of America, N.A., hereby notifies the Court that it complied with the January 13, 2022, Patent Scheduling Order [Dkt. No. 37], by serving its proposed claim terms for construction on Plaintiffs' counsel via electronic mail on February 17, 2022.

Dated: February 22, 2022

Respectfully submitted,

*/s/ Timothy S. Durst*

Timothy S. Durst
Texas State Bar No. 00786924
tdurst@omm.com
**O'MELVENY & MYERS LLP**
2501 North Harwood Street
Suite 1700
Dallas, TX 75201-1663
Telephone: 972-360-1900
Facsimile: 927-360-1901

Marc J. Pensabene (*Pro Hac Vice*)
New York State Bar No. 2656361
mpensabene@omm.com
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Telephone: 212-326-2000

Facsimile: 212-326-2061

Darin Snyder (*Pro Hac Vice*)
California State Bar No. 136003
dsnyder@omm.com
Bill Trac (admitted to E.D. Tex.)
California State Bar No. 281437
btrac@omm.com
Rui Li (*Pro Hac Vice*)
California State Bar No. 320332
rli@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: 415-984-8700
Facsimile: 415-984-8701

*Attorneys for Bank of America, N.A.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on February 22, 2022 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

          */s/ Timothy S. Durst*
          Timothy S. Durst
          O'Melveny & Myers LLP