# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> *Plaintiffs*, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> *Defendant*. | Civil Action No. 4:21-cv-00670-ALM <br><br> JURY TRIAL DEMANDED |

### NOTICE OF FILING JOINT LETTER STATING NO DISPUTES AS TO CLAIMS OF PRIVILEGE

TO THE HONORABLE AMOS L. MAZZANT, III:

Defendant Bank of America, N.A. files this Notice of Filing Joint Letter Stating No Disputes As to Claims of Privilege pursuant to the Court's Scheduling Order (Dkt. 37 at 1).

1. The Court's January 13, 2022 Scheduling Order requires the Parties to exchange privilege logs or provide a letter to the Court stating that there are no disputes as to claims of privileged documents by March 15, 2022.

2. Attached hereto as Exhibit A is a Joint Letter from the Parties to the Court stating that there are no disputes as to claims of privileged documents in this matter.

| | |
|---|---|
| Dated:  March 14, 2022 | Respectfully submitted,<br><br>/s/ Timothy S. Durst<br><br>Timothy S. Durst<br>Texas State Bar No. 00786924<br>tdurst@omm.com<br>**O'MELVENY & MYERS LLP**<br>2501 North Harwood Street<br>Suite 1700<br>Dallas, TX 75201-1663<br>Telephone: 972-360-1900<br>Facsimile: 927-360-1901<br><br>Marc J. Pensabene (*Pro Hac Vice*)<br>New York State Bar No. 2656361<br>mpensabene@omm.com<br>**O'MELVENY & MYERS LLP**<br>7 Times Square<br>New York, NY 10036<br>Telephone: 212-326-2000<br>Facsimile: 212-326-2061<br><br>Darin Snyder (*Pro Hac Vice*)<br>California State Bar No. 136003<br>dsnyder@omm.com<br>Bill Trac (admitted to E.D. Tex.)<br>California State Bar No. 281437<br>btrac@omm.com<br>Rui Li (*Pro Hac Vice*)<br>California State Bar No. 320332<br>rli@omm.com<br>**O'MELVENY & MYERS LLP**<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111<br>Telephone: 415-984-8700<br>Facsimile: 415-984-8701<br><br>***Attorneys for Bank of America, N.A.*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on March 14, 2022.

/s/ Timothy S. Durst