# EXHIBIT A



O'Melveny & Myers LLP  
2501 North Harwood Street  
Suite 1700  
Dallas, TX 75201-1663

T: +1 972 360 1900  
F: +1 972 360 1901  
omm.com

March 14, 2022

**Timothy S. Durst**  
D: +1 972 360 1923  
tdurst@omm.com

**VIA E-FILE**

The Honorable Amos L. Mazzant, III, District Judge  
Paul Brown United States Courthouse  
101 East Pecan Street  
Sherman, TX 75090

Re: <u>*Wapp Tech Limited Partnership et al. v. Bank of America, N.A.*, Case No. 4:21-cv-00670-ALM (E.D. Tex.)</u>

To the Honorable Amos L. Mazzant, III:

Defendant Bank of America, N.A. and Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. jointly file this letter to the Court pursuant to the Court's January 13, 2022 Scheduling Order (Dkt. 37 at 1) to state that there are no disputes as to claims of privileged documents in the above referenced matter, and no privilege logs have been exchanged or necessitated.

Austin • Century City • Dallas • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC  
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo

O'Melveny

Respectfully submitted,

*/s/ Timothy S. Durst*
Timothy S. Durst
Texas State Bar No. 00786924
tdurst@omm.com
**O'MELVENY & MYERS LLP**
2501 North Harwood Street
Suite 1700
Dallas, TX 75201-1663
Telephone: 972-360-1900
Facsimile: 927-360-1901

*Attorneys for Bank of America, N.A.*

Respectfully submitted,

*/s/ Amir Alavi*
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Scott W. Clark
Texas Bar No. 24007003
sclark@azalaw.com
Brian E. Simmons
Texas Bar No. 24004922
bsimmons@azalaw.com
Justin Chen
Texas Bar No. 24074024
jchen@azalaw.com
Masood Anjom
Texas Bar No. 24055107
manjom@azalaw.com
Weining Bai
Texas Bar No. 24101477
wbai@azalaw.com
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.**
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

Leslie V. Payne
State Bar No. 0784736
lpayne@hpcllp.com
R. Allan Bullwinkel
State Bar No. 24064327
abullwinkel@hpcllp.com
Christopher L. Limbacher
State Bar No. 24102097
climbacher@hpcllp.com
HEIM PAYNE & CHORUSH, LLP
1111 Bagby St., Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

J. Michael Young
SBN 00786465
myoung@somlaw.net
Roger D. Sanders
SBN 17604700
rsanders@somlaw.net
SANDERS, MOTLEY, YOUNG & GALLARDO, PLLC
111 South Travis Street
Sherman, Texas 75090
(903) 892-9133
(903) 892-4302 (fax)

***Attorneys for Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp.***