# EXHIBIT 12

# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP. <br>   Plaintiffs, <br><br> v. <br><br> SEATTLE SPINCO, INC., *et al.,* <br>   Defendants. | § § § § § § § § § § | Civil Action No. 4:18-cv-469 <br> Judge Mazzant |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered on this date and in conformity with the jury verdict delivered on March 5, 2021, the Court enters judgment in favor of Plaintiff.

It is, therefore, ORDERED, ADJUDGED AND DECREED that Plaintiff is hereby awarded $172,554,269.00, with no enhancement warranted.

The Court retains jurisdiction over the parties to enforce any and all aspects of this Judgment. This judgment is entered subject to, and without waiving, any post-trial issues that may be raised in post-trial motions by any party, including requests for interest, costs, attorneys' fees, injunctive relief, judgment as a matter of law, and such other and further relief as may be just and proper.

All pending motions are denied as moot.

**SIGNED this 22nd day of April, 2021.**

*[signature: Amos Mazzant]*

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE