282af561503ca615

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., | § § § | |
| *Plaintiffs,* | § § | Case No. 4:21-cv-00670-ALM |
| v. | § § | |
| BANK OF AMERICA, N.A., | § § | JURY TRIAL DEMANDED |
| *Defendant.* | § § § | |

---

## ORDER GRANTING PLAINTIFFS' AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT ON INVALIDITY DEFENSE REGARDING THE '192, '678, AND '864 PATENTS

---

On this day, the Court considered the Amended Motion for Partial Summary Judgment on Invalidity Defense regarding the '192, '678, and '864 Patents filed by Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. (the "Amended Motion"). After considering the Amended Motion, the Response filed by the Defendant, Bank of America, N.A., the applicable law, the evidence, and the pleadings, the Court has determined that the Amended Motion should be granted.  Bank of America's invalidity defense is barred by issue preclusion and judicial estoppel.

It is SO ORDERED.