IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **WAPP TECH LMIITED PARTNERSHIP and WAPP TECH CORP.,** <br><br> Plaintiffs, <br><br> v. <br><br> **BANK OF AMERICA, N.A.,** <br><br> Defendant. | **Case No. 4:21-cv-00670-ALM** <br><br> **Jury Trial Requested** |
| **WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.,** <br><br> Plaintiffs, <br><br> v. <br><br> **WELLS FARGO BANK, N.A.,** <br><br> Defendant. | **Case No. 4:21-cv-00671-ALM** <br><br> **Jury Trial Requested** |

**P.R. 4-3 JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's Patent Scheduling Orders (670 Case, Dkt No. 37; 671 Case, Dkt. No. 33), Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. ("Wapp") and Defendants Bank of America, N.A. and Wells Fargo Bank, N.A. ("Defendants") (collectively, the "Parties") have met and conferred, and hereby submit this Joint Claim Construction and Prehearing Statement.

The claim construction hearing on June 30, 2022 will address U.S. Patent Nos. 8,924,192 (the "'192 Patent"); 9,298,864 (the "'864 Patent"); 9,971,678 (the "'678 Patent"); 10,353,811 (the "'811 Patent"); and 10,691,579 (the "'579 Patent") (collectively the "Patents-in-Suit").

1

I.   **P.R. 4-3(a)(1) Agreed Claim Constructions**

| Term | Agreed Construction |
|---|---|
| "system for testing an application for a mobile device"<br><br>('864 Patent, Claim 1)<br>('678 Patent, Claim 45) | The preambles are limiting; plain meaning |
| "system for developing an application for a mobile device"<br><br>('192 Patent, Claim 1) | The preambles are limiting; plain meaning |
| "application"<br><br>('192 Patent, Claim 1)<br>('864 Patent, Claim 1)<br>('678 Patent, Claim 45) | Plain meaning |
| "simulate"<br><br>('192 Patent, Claim 1)<br>('864 Patent, Claim 1)<br>('678 Patent, Claim 45)<br>('811 Patent, Claims 1, 8, 22, 24)<br>('579 Patent, Claims 1, 7, 19) | "emulate" |
| "simulating"<br><br>('579 Patent, claim 11) | "emulating" |
| "emulate"<br><br>('192 Patent, Claim 1)<br>('579 Patent, Claims 14, 26) | Plain meaning |
| "simultaneously visually [simulate/emulate], via one or more profile display windows"<br><br>('192 Patent, Claim 1)<br>('678 Patent, Claim 45) | "emulate simultaneously, and display one or more windows showing resources of the mobile device that are available to the application" |
| "simulate, via one or more profile display windows"<br><br>('864 Patent, Claim 1) | "emulate, and display one or more windows showing resources of the mobile device that are available to the application" |
| "configured to"<br><br>('192 Patent, Claims 1, 2)<br>('864 Patent, Claim 1)<br>('678 Patent, Claim 45) | "actually programmed to" |

| Term | Agreed Construction |
|---|---|
| "the software"<br><br>('678 Patent, Claim 45) | The antecedent basis for "the software" is "a software testing interface" in Claim 45 of the '678 Patent. |

## II. **P.R. 4-3(a)(2) Proposed Constructions for Terms in Dispute**

Attached as Exhibit A is a chart showing Wapp's proposed constructions of each disputed claim term with intrinsic and extrinsic evidence upon which it may rely to support its proposed constructions.

Attached as Exhibit B is a chart showing Defendants' proposed constructions of each disputed claim term with intrinsic and extrinsic evidence upon which Defendants may rely to support their proposed constructions.

All Parties reserve the right to rely upon any intrinsic or extrinsic evidence identified by any other Party. In addition, each Party reserves the right to amend, correct, or supplement its claim construction positions and supporting evidence in response to any change of position by any other Party, or for other good cause.

## III. **P.R. 4-3(a)(3) Anticipated Length of Time for Claim Construction Hearing**

The Parties anticipate the length of time necessary for the claim construction hearing will be about three hours, divided equally between the Parties.

## IV. **P.R. 4-3(a)(4) Anticipated Witnesses at the Claim Construction Hearing**

The Parties do not propose to call any witnesses, including expert witnesses, at the claim construction hearing.

## V. **P.R. 4-3(a)(5) Other Issues to Be Addressed at a Claim Construction Prehearing Conference**

The Parties are not aware of any other issues at this time that might be appropriately addressed at a prehearing conference prior to the claim construction hearing.

| | |
|---|---|
| DATED:  April 7, 2022 | Respectfully submitted,<br><br>*/s/ Leslie V. Payne*<br><br>Scott W. Clark<br>Texas Bar No. 24007003<br>sclark@azalaw.com<br>Brian E. Simmons<br>Texas Bar No. 24004922<br>bsimmons@azalaw.com<br>Justin Chen<br>Texas Bar No. 24074024<br>jchen@azalaw.com<br>Kyung (Drew) Kim<br>Texas Bar No. 24007482<br>dkim@azalaw.com<br>Masood Anjom<br>Texas Bar No. 24055107<br>manjom@ azalaw.com<br>**AHMAD, ZAVITSANOS & MENSING P.C.**<br>1221 McKinney Street, Suite 2500<br>Houston, TX 77010<br>Telephone: 713-655-1101<br>Facsimile: 713-655-0062<br><br>Leslie V. Payne<br>State Bar No. 0784736<br>lpayne@hpcllp.com<br>R. Allan Bullwinkel<br>State Bar No. 24064327<br>abullwinkel@hpcllp.com<br>Christopher L. Limbacher<br>State Bar No. 24102097<br>climbacher@hpcllp.com<br>**HEIM PAYNE & CHORUSH, LLP**<br>1111 Bagby St., Suite 2100<br>Houston, Texas 77002<br>Telephone: (713) 221-2000<br>Facsimile: (713) 221-2021<br><br>*/s/ Elizabeth Danielle T. Williams*<br>Thomas M. Melsheimer<br>Texas Bar No. 13922550<br>tmelsheimer@winston.com<br>Katrina G. Eash<br>Texas Bar No. 24074636 |

4

keash@winston.com
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Elizabeth Danielle T. Williams
North Carolina Bar No. 23283
dwilliams@winston.com
Winston & Strawn LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7790
Facsimile: (704) 350-7800

***Attorneys for Wells Fargo Bank, N.A.***

*/s/ Marc J. Pensabene*
Timothy S. Durst
Texas State Bar No. 00786924
tdurst@omm.com
**O'MELVENY & MYERS LLP**
2501 North Harwood Street
Suite 1700
Dallas, TX 75201-1663
Telephone: 972-360-1900
Facsimile: 927-360-1901

Marc J. Pensabene (*Pro Hac Vice*)
New York State Bar No. 2656361
mpensabene@omm.com
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Facsimile: 212-326-2061

Darin Snyder (*Pro Hac Vice*)
California State Bar No. 136003
dsnyder@omm.com
Bill Trac (admitted to E.D. Tex.)
California State Bar No. 281437
btrac@omm.com
Rui Li (*Pro Hac Vice*)
California State Bar No. 320332
rli@omm.com

5

        **O'MELVENY & MYERS LLP**
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: 415-984-8700
Facsimile: 415-984-8701

*Attorneys for Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via email on April 7, 2022.

                                                                      */s/ Leslie V. Payne*
                                                                      Leslie V. Payne