# EXHIBIT 38

UPDATED ANNUALLY

100 YEARS
DICTIONARY OF CHOICE

# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

THE WORDS YOU NEED TODAY

- Clear and precise
- Best guidance on word choice
- Most definitions—over 215,000

WAPP_MARKMAN_0002257

**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1998 by Merriam-Webster, Incorporated

Philippines Copyright 1998 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.    cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe indexed : alk. paper). — ISBN 0-87779-707-2 (laminated cover, unindexed).
  1. English language—Dictionaries.   I. Merriam-Webster, Inc.
PE1628.M36    1998
423—dc21                                                    97-41846
                                                                CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

21222324RMcN98

WAPP_MARKMAN_0002258

## 592  indexical • indigestion

words *I, here, now*⟩   **b** : associated with or identifying an individual speaker ⟨~ features of speech⟩
²**indexical** *n* (1971) : an indexical word, sign, or feature
**indexing** *n* (1957) : INDEXATION
**index number** *n* (ca. 1896) : a number used to indicate change in magnitude (as of cost or price) as compared with the magnitude at some specified time usu. taken as 100
**index of refraction** (1829) : the ratio of the speed of radiation (as light) in one medium (as a vacuum) to that in another medium
**indi-** — see IND-
**In-dia** \'in-dē-ə\ (ca. 1952) — a communications code word for the letter *i*
**india ink** *n, often cap 1st I* (1665)   **1** : a solid black pigment (as specially prepared lampblack) used in drawing and lettering   **2** : a fluid ink consisting usu. of a fine suspension of india ink in a liquid
**In-dia-man** \'in-dē-ə-mən\ *n* (1709) : a merchant ship formerly used in trade with India; *esp* : a large sailing ship used in this trade
**In-di-an** \'in-dē-ən, *dial* -jən or -din\ *n* (14c)   **1 a** : a native or inhabitant of India or of the East Indies   **b** : a person of Indian descent   **2 a** [fr. the belief held by Columbus that the lands he discovered were part of Asia] : AMERICAN INDIAN   **b** : one of the native languages of American Indians — **Indian** *adj* — **In-di-an-ness** *n*
**Indian agent** *n* (1807) : an official representative of the U.S. federal government to American Indian tribes esp. on reservations
**Indian club** *n* (1857) : a usu. wooden club shaped like a large bottle or tenpin that is swung for gymnastic exercise
**Indian corn** *n* (1617)   **1** : a tall widely cultivated American cereal grass (*Zea mays*) bearing seeds on elongated ears   **2** : the ears of Indian corn; *also* : its edible seeds
**Indian elephant** *n* (1607) : ELEPHANT 1b
**Indian file** *n* (1758) : SINGLE FILE
**Indian giver** *n* (ca. 1848) : a person who gives something to another and then takes it back or expects an equivalent in return — **Indian giving** *n*
**Indian hemp** *n* (1619)   **1** : an American dogbane (*Apocynum cannabinum*) with milky juice, tough fibrous bark, and an emetic and cathartic root   **2** : HEMP 1
**In-di-an-ism** \'in-dē-ə-ˌni-zəm\ *n* (1651)   **1** : the qualities or culture distinctive of American Indians   **2** : policy designed to further the interests or culture of American Indians — **In-di-an-ist** \-nist\ *adj or n*
**In-di-an-ize** \'in-dē-ə-ˌnīz\ *vt* -ized; -izing (1702)   **1** : to cause to acquire or conform to the characteristics, culture, or usage of American Indians or of India   **2** : to bring (as a region) under the cultural or political influence or control of India — **In-di-an-i-za-tion** \ˌin-dē-ə-(ˌ)ni-zā-shən\ *n*
**Indian licorice** *n* (ca. 1890) : ROSARY PEA 1
**Indian meal** *n* (1609) : CORNMEAL
**Indian paintbrush** *n* (ca. 1892)   **1** : any of a genus (*Castilleja*) of herbaceous plants of the snapdragon family that have brightly colored bracts — called also *painted cup*   **2** : ORANGE HAWKWEED



Indian paintbrush

**Indian pipe** *n* (ca. 1818) : a waxy white saprophytic herb (*Monotropa uniflora* of the family Monotropaceae, the Indian-pipe family) of Asia and No. America having leaves reduced to scales
**Indian pudding** *n* (1722) : a baked pudding made chiefly of cornmeal, milk, and molasses
**Indian red** *n* (ca. 1753)   **1** : any of various usu. dark red pigments consisting chiefly of iron oxide   **2** : a strong or moderate reddish brown
**Indian sign** *n* (1910) : HEX, SPELL
**Indian summer** *n* (1778)   **1** : a period of warm or mild weather in late autumn or early winter   **2** : a happy or flourishing period occurring toward the end of something ⟨life in the *Indian summer* of Czarist Russia —John Davenport⟩
**Indian tobacco** *n* (ca. 1618)   **1** : an American wild lobelia (*Lobelia inflata*) with small blue or white flowers   **2** : a wild tobacco (*Nicotiana bigelovii*) found in dry valleys from southern California to southern Oregon
**In-di-an-wres-tle** \'in-dē-ən-ˌre-səl, -ˌra-\ *vi* [back-formation fr. *Indian wrestling*] (1938) : to engage in Indian wrestling
**Indian wrestling** *n* (1913)   **1** : wrestling in which two people lie side by side on their backs in reversed position locking their near arms and raising and locking the corresponding legs and attempt to force each other's leg down and turn the other wrestler facedown   **2** : wrestling in which two people stand face to face gripping usu. their right hands and setting the outsides of the corresponding feet together and attempt to force each other off balance   **3** : ARM WRESTLING
**India paper** *n* (1768)   **1** : a thin absorbent paper used esp. for proving inked intaglio surfaces (as steel engravings)   **2** : a thin tough opaque printing paper
**india rubber** *n, often cap I* (1790) : ¹RUBBER 2a
**In-dic** \'in-dik\ *adj* (1877)   **1** : of or relating to the subcontinent of India   **2** : of, relating to, or constituting the Indo-Aryan branch of the Indo-European languages — **Indic** *n*
**in-di-can** \'in-də-ˌkan\ *n* [L *indicum* indigo — more at INDIGO] (1859)   **1** : an indigo-forming substance $C_8H_7NO_4S$ found as a salt in urine and other animal fluids; *also* : its potassium salt $C_8H_6KNO_4S$   **2** : a glucoside $C_{14}H_{17}NO_6$ occurring esp. in the indigo plant and being a source of natural indigo
**in-di-cant** \'in-di-kənt\ *n* (1623) : something that serves to indicate
**in-di-cate** \'in-də-ˌkāt\ *vt* -cat-ed; -cat-ing [L *indicatus*, pp. of *indicare*, fr. *in-* + *dicare* to proclaim, dedicate — more at DICTION] (ca. 1609)   **1 a** : to point out or point to   **b** : to be a sign, symptom, or index of ⟨the high fever ~s a serious condition⟩   **c** : to demonstrate or suggest the necessity or advisability of ⟨*indicated* the need for a new school⟩   **2** : to state or express briefly ⟨*indicated* a desire to cooperate⟩
**in-di-ca-tion** \ˌin-də-'kā-shən\ *n* (15c)   **1 a** : something that serves to indicate   **b** : something that is indicated as advisable or necessary   **2** : the action of indicating — **in-di-ca-tion-al** \-shnəl, -shə-n°l\ *adj*
¹**in-dic-a-tive** \in-'di-kə-tiv\ *adj* (15c)   **1** : of, relating to, or constituting a verb form or set of verb forms that represents the denoted act or state as an objective fact ⟨the ~ mood⟩   **2** : serving to indicate ⟨actions ~ of fear⟩ — **in-dic-a-tive-ly** *adv*
²**indicative** *n* (1530)   **1** : the indicative mood of a language   **2** : a form in the indicative mood
**in-di-ca-tor** \'in-də-ˌkā-tər\ *n* (1666)   **1** : one that indicates: as   **a** : an index hand (as on a dial) : POINTER   **b** (1) : GAUGE 2b, DIAL 4a   (2) : an instrument for automatically making a diagram that indicates the pressure in and volume of the working fluid of an engine throughout the cycle   **2 a** : a substance (as litmus) used to show visually (as by change of color) the condition of a solution with respect to the presence of a particular material (as a free acid or alkali)   **b** : TRACER 4b   **3** : an organism or ecological community so strictly associated with particular environmental conditions that its presence is indicative of the existence of these conditions   **4** : any of a group of statistical values (as level of employment) that taken together give an indication of the health of the economy — **in-dic-a-to-ry** \in-'di-kə-ˌtōr-ē, -ˌtȯr-\ *adj*
**indices** *pl of* INDEX
**in-di-cia** \in-'di-sh(ē-)ə\ *n pl* [L, pl. of *indicium* sign, fr. *indicare*] (ca. 1626)   **1** : distinctive marks : INDICATIONS   **2** : postal markings often imprinted on mail or on labels to be affixed to mail
**in-dict** \in-'dīt\ *vt* [alter. of earlier *indite*, fr. ME *inditen*, fr. AF *enditer*, fr. OF, to write down — more at INDITE] (ca. 1626)   **1** : to charge with a fault or offense : CRITICIZE, ACCUSE   **2** : to charge with a crime by the finding or presentment of a jury (as a grand jury) in due form of law — **in-dict-er** *or* **in-dict-or** \-'dī-tər\ *n*
**in-dict-able** \-'dī-tə-bəl\ *adj* (ca. 1706)   **1** : subject to being indicted : liable to indictment   **2** : making one liable to indictment ⟨an ~ offense⟩
**in-dic-tion** \in-'dik-shən\ *n* [ME *indiccioun*, fr. LL *indiction-, indictio*, fr. L, proclamation, fr. *indicere* to proclaim, fr. *in-* + *dicere* to say — more at DICTION] (14c) : a 15-year cycle used as a chronological unit in several ancient and medieval systems
**in-dict-ment** \in-'dīt-mənt\ *n* (14c)   **1 a** : the action or the legal process of indicting   **b** : the state of being indicted   **2** : a formal written statement framed by a prosecuting authority and found by a jury (as a grand jury) charging a person with an offense   **3** : an expression of strong disapproval ⟨an ~ of contemporary morality⟩
**in-die** \'in-dē\ *n* [by shortening & alter. fr. *independent*] (1928) : something (as an unaffiliated record or motion-picture production company) independent — **indie** *adj*
**in-dif-fer-ence** \in-'di-fərn(t)s, -f(ə-)rən(t)s\ *n* (15c)   **1** : the quality, state, or fact of being indifferent   **2 a** *archaic* : lack of difference or distinction between two or more things   **b** : absence of compulsion to or toward one thing or another
**in-dif-fer-en-cy** \-fərn(t)-sē, -f(ə-)rən(t)-sē\ *n* (15c) *archaic* : INDIFFERENCE
**in-dif-fer-ent** \in-'di-fərnt, -f(ə-)rənt\ *adj* [ME, fr. MF or L; MF, regarded as neither good nor bad, fr. L *indifferent-, indifferens*, fr. *in-* + *different-, differens*, prp. of *differre* to be different — more at DIFFER] (14c)   **1** : marked by impartiality : UNBIASED   **2 a** : that does not matter one way or the other   **b** : of no importance or value one way or the other   **3 a** : marked by no special liking for or dislike of something ⟨~ about which task he was given⟩   **b** : marked by a lack of interest, enthusiasm, or concern for something : APATHETIC ⟨~ to suffering and poverty⟩   **4** : being neither excessive nor inadequate : MODERATE ⟨hills of ~ size⟩   **5 a** : being neither good nor bad : MEDIOCRE ⟨does ~ work⟩   **b** : being neither right nor wrong   **6** : characterized by lack of active quality : NEUTRAL   **7 a** : not differentiated   **b** : capable of development in more than one direction; *esp* : not yet embryologically determined — **in-dif-fer-ent-ly** *adv*
 *syn* INDIFFERENT, UNCONCERNED, INCURIOUS, ALOOF, DETACHED, DISINTERESTED mean not showing or feeling interest. INDIFFERENT implies neutrality of attitude from lack of inclination, preference, or prejudice ⟨*indifferent* to the dictates of fashion⟩. UNCONCERNED suggests a lack of sensitivity or regard for others' needs or troubles ⟨*unconcerned* about the homeless⟩. INCURIOUS implies an inability to take a normal interest due to dullness of mind or to self-centeredness ⟨*incurious* about the world⟩. ALOOF suggests a cool reserve arising from a sense of superiority or disdain for inferiors or from shyness ⟨*aloof* from his coworkers⟩. DETACHED implies an objective attitude achieved through absence of prejudice or selfishness ⟨observed family gatherings with *detached* amusement⟩. DISINTERESTED implies a circumstantial freedom from concern for personal or esp. financial advantage that enables one to judge or advise without bias ⟨judged by a panel of *disinterested* observers⟩.
**in-dif-fer-ent-ism** \-fərn-ˌti-zəm, -f(ə-)rən-\ *n* (1827) : INDIFFERENCE; *specif* : belief that all religions are equally valid — **in-dif-fer-ent-ist** \-fərn-tist, -f(ə-)rən-\ *n*
**in-di-gence** \'in-di-jən(t)s\ *n* (14c) : a level of poverty in which real hardship and deprivation are suffered and comforts of life are wholly lacking   *syn* see POVERTY
**in-di-gene** \'in-də-ˌjēn\ *also* **in-di-gen** \-di-jən, -də-ˌjen\ *n* [L *indigena*] (1598) : NATIVE
**in-dig-e-nize** \in-'di-jə-ˌnīz\ *vt* -nized; -niz-ing (1951) : to cause to have indigenous characteristics — **in-dig-e-ni-za-tion** \-ˌdi-jə-nə-'zā-shən, -ˌnī-\ *n*
**in-dig-e-nous** \in-'di-jə-nəs\ *adj* [LL *indigenus*, fr. L *indigena*, n., native, fr. OL *indu, endo* in, within + L *gignere* to beget — more at END, KIN] (1646)   **1** : having originated in and being produced, growing, living, or occurring naturally in a particular region or environment   **2** : INNATE, INBORN   *syn* see NATIVE — **in-dig-e-nous-ly** *adv* — **in-dig-e-nous-ness** *n*
**in-di-gent** \'in-di-jənt\ *adj* [ME, fr. MF, fr. L *indigent-, indigens*, prp. of *indigēre* to need, fr. OL *indu* + L *egēre* to need; perh. akin to OHG *ekrōdi* thin] (15c)   **1** : suffering from indigence : IMPOVERISHED   **2** *archaic* : DEFICIENT   **b** *archaic* : totally lacking in something specified — **indigent** *n*
**in-di-gest-ed** \ˌin-(ˌ)dī-'jes-təd, -də-\ *adj* (1587) : not carefully thought out or arranged : FORMLESS
**in-di-gest-ible** \-'jes-tə-bəl\ *adj* [ME, fr. LL *indigestibilis*, fr. L *in-* + LL *digestibilis* digestible] (15c) : not digestible : not easily digested — **in-di-gest-ibil-i-ty** \-ˌjes-tə-'bi-lə-tē\ *n* — **indigestible** *n*
**in-di-ges-tion** \-'jes-chən, -'jesh-\ *n* (14c)   **1** : inability to digest : difficulty in digesting something   **2** : a case or attack of indigestion