# EXHIBIT 43



US 20110246612A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2011/0246612 A1**
Buchhop et al. (43) Pub. Date: **Oct. 6, 2011**

(54) **INTEGRATION OF DIFFERENT MOBILE DEVICE TYPES WITH A BUSINESS INFRASTRUCTURE**

(75) Inventors: **Peter K. Buchhop**, Cary, IL (US); **Anne Bradford Fyk**, Highland Park, IL (US); **Krsto Sitar**, Cicero, IL (US)

(73) Assignee: **BANK OF AMERICA CORPORATION**, Charlotte, NC (US)

(21) Appl. No.: 12/751,234

(22) Filed: Mar. 31, 2010

**Publication Classification**

(51) Int. Cl.
    *G06F 15/173* (2006.01)

(52) U.S. Cl. ...................................................... 709/218

(57) **ABSTRACT**

A mobile implementation channel enables secure mobile customer alerts, content delivery, event and location awareness and context integration that can be leveraged across multiple lines of business using basic interfaces. The mobile implementation channel enables secure reach to many mobile device types, abstracts away delivery peculiarities, and provides logging and security support when necessary taking into account who the individual is, where they are, and what they may be doing. A business infrastructure that is associated with a workflow generates a request to a computer system that subsequently maps the user identification to a device type from a plurality of device types and directs the request to a device based on the device type. The request may include content that may be formatted in accordance with the device type and that may be pushed to a device at a desired time or frequency.



Case 4:21-cv-00670-ALM   Document 76-15   Filed 05/19/22   Page 3 of 29 PageID #: 3225



FIG. 1

WAPP_MARKMAN_0002630

Patent Application Publication    Oct. 6, 2011    Sheet 2 of 18    US 2011/0246612 A1



FIG. 2

WAPP_MARKMAN_0002631

Patent Application Publication     Oct. 6, 2011   Sheet 3 of 18     US 2011/0246612 A1



FIG. 3

WAPP_MARKMAN_0002632

Patent Application Publication     Oct. 6, 2011   Sheet 4 of 18     US 2011/0246612 A1



FIG. 4

WAPP_MARKMAN_0002633



FIG. 5

WAPP_MARKMAN_0002634



600

601 — Cash Management User submits request to Cash Management System to "Unlock" their locked account

602 — Cash Management System routes the request through its workflow system which identifies the administrators needed to approve the unlock request

603 — Cash Management's Workflow system sends request ( users = identified administrators, request type = alert ,  tag = unlock ) to Context Server via the API

604 — API sends the request to  HTTP Server

605 — HTTP Server directs the request to the  Application Server

606 — Application Server  sends the request to the Context Server

607 — Context Server determines which devices the users (identified administrators) have from the request and pushes  the alert request through the appropriate channel(s)

FIG. 6



701 — The administrator is alerted on their mobile device and directed to an option to approve the unlock

702 — From the alert box the administrator can then choose to approve the unlock which then takes them into the Cash Management Mobile application on their device where they can perform the necessary unlock actions

FIG. 7

WAPP_MARKMAN_0002636



FIG. 8

WAPP_MARKMAN_0002637



FIG. 9

1001

The user is alerted and directed to view the account statement on their mobile device;
for devices where document display  is not handled automatically,  the client library
will be invoked to display the account statement via the Content Handler API

FIG. 10

Case 4:21-cv-00670-ALM   Document 76-15   Filed 05/19/22   Page 13 of 29 PageID #:  3235



1100

1101 — User submits a location request for his associates from Web Console Context Request page;  request includes the list of users as well as user info

1102 — Context Request page submit sends the request to HTTP Server

1103 — HTTP Server directs the request to the Application Server

1104 — Application Server sends the request to the  Context Server

1105 — Context Server determines which devices the user has from the request and pushes the locate request to each device through the appropriate channel(s)

1106 — The location request push is received and processed by the Context client component on each device

FIG. 11

WAPP_MARKMAN_0002640



1201

Context client component on each device fetches it's device's location and communicates it back to the requesting manager via the  Context Server Location Processor  API

Manager is alerted and with each device's location

1202

FIG. 12



FIG. 13

WAPP_MARKMAN_0002642



FIG. 14

WAPP_MARKMAN_0002643



FIG. 15

WAPP_MARKMAN_0002644



FIG. 16

FIG. 17



Case 4:21-cv-00670-ALM   Document 76-15   Filed 05/19/22   Page 20 of 29 PageID #: 3242



1800

1801 — RECEIVE SELECTION INFORMATION FOR SELECTION DOCUMENTS

1802 — RECEIVE FREQUENCY AND TIMING INFORMATION FOR DOCUMENT UPDATES

1803 — PROVIDE SELECTED DOCUMENTS

NO

1804 — PUSH DOCUMENT UPDATES

YES

1805 — PUSH UPDATED DOCUMENTS

FIG. 18

WAPP_MARKMAN_0002647

US 2011/0246612 A1

Oct. 6, 2011

1

# INTEGRATION OF DIFFERENT MOBILE DEVICE TYPES WITH A BUSINESS INFRASTRUCTURE

## FIELD

[0001]   Aspects of the embodiments generally relate to a computer system that integrates a business infrastructure to different mobile device types. In particular, alerts, content delivery, event and location awareness may be provided to an appropriate mobile channel based on the context for multiple lines of business.

## BACKGROUND

[0002]   Bank customers are increasingly using mobile banking services (e.g., M-Banking, mbanking, and SMS Banking) to perform balance checks, account transactions, and payments via a mobile device such as a mobile phone. For example, according to one industry survey, banks that offer mobile financial services may increase the number of new customer acquisitions by as much as sixty percent. The current pace of mobile adoption appears to be exceeding that of past innovations, including ATMs, debit cards, and online banking. About a third of consumers are currently using, or at least considering using, mobile financial services in the next year, and some projections forecast that mobile financial service adoption will exceed the use of on-line banking by 2015.

[0003]   Mobile banking is currently most often performed via short message service (SMS) or the mobile Internet but also may use special programs called clients downloaded to the mobile device. New types of mobile devices are being and will continue to be introduced in the future. For example, as smartphone adoption continues to rise and more sites and apps accommodate them, our culture is headed for a very mobile world at a very fast pace. However, content distribution to mobile devices is currently limited, difficult, and done sporadically or not at all. It is thus important that mobile banking supports the ubiquity of mobile devices.

## BRIEF SUMMARY

[0004]   Aspects of the embodiments address one or more of the issues mentioned above by providing methods, computer readable media, and apparatuses for supporting a mobile implementation channel that enables secure mobile customer alerts, content delivery, event and location awareness and context integration that can be leveraged across multiple lines of business using basic interfaces. The mobile implementation channel enables secure reach to many mobile device types, abstracts away delivery peculiarities, and provides logging and security support when necessary taking into account who the individual is, where they are, and what they may be doing; thus leveraging identity, location (e.g., location-based services), and activity (e.g., business process management).

[0005]   With another aspect of the embodiments, a business infrastructure (associated with a workflow or business method) generates a request that includes a user identification. A computer system then maps the user identification to a device type from a plurality of device types and directs the request to a device of the user based on the device type, which may be obtained by the device registering with the computer system. Depending on the device type, the request may be directed through a wireless gateway or directly to the device via a wireless carrier service.

[0006]   With another aspect of the embodiments, a request may include content that is also sent to a designated user device. The format of the content may be formatted in accordance with the device type. The content may then be pushed to a device at a desired time or frequency.

[0007]   With another aspect of the embodiments, a requesting user can request that the locations of selected user devices be obtained so that location information can be returned to the requesting user.

[0008]   Aspects of the embodiments may be provided in a computer-readable medium having computer-executable instructions to perform one or more of the process steps described herein.

[0009]   These and other aspects of the embodiments are discussed in greater detail throughout this disclosure, including the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0010]   The present invention is illustrated by way of example and not limited in the accompanying figures in which like reference numerals indicate similar elements and in which:

[0011]   FIG. 1 shows flow diagram in which a business process generates requests to a wireless device in accordance with various aspects of the embodiments.

[0012]   FIG. 2 shows a system that integrates different wireless devices with a business process model in accordance with various aspects of the embodiments.

[0013]   FIG. 3 shows an illustrative screenshots when unlocking a cash management account in accordance with various aspects of the embodiments.

[0014]   FIG. 4 shows a continuation of the screenshots shown in FIG. 3 in accordance with various aspects of the embodiments.

[0015]   FIG. 5 shows an illustrative operating environment in which various aspects of the embodiments may be implemented.

[0016]   FIG. 6 shows a flow diagram in which customer requests that an account be unlocked in accordance with various aspects of the embodiments.

[0017]   FIG. 7 shows a continuation of the flow diagram shown in FIG. 6 in accordance with various aspects of the embodiments.

[0018]   FIG. 8 shows a flow diagram in which a bank loan officer wants to push an alert and corresponding document to a customer in accordance with various aspects of the embodiments.

[0019]   FIG. 9 shows a flow diagram in which a customer registers to have alerts and periodic account statements pushed to the customer's communication device in accordance with various aspects of the embodiments.

[0020]   FIG. 10 shows a continuation of the flow diagram shown in FIG. 9 in accordance with various aspects of the embodiments.

[0021]   FIG. 11 shows a flow diagram in which a manager wants to determine the locations of the manager's associates in accordance with various aspects of the embodiments.

[0022]   FIG. 12 shows a continuation of the flow diagram shown in FIG. 11 in accordance with various aspects of the embodiments.

[0023]   FIG. 13 shows a flow diagram for a client component in accordance with various aspects of the embodiments.

WAPP_MARKMAN_0002648

2

[0024]   FIG. **14** shows a system in which a customer generates a query in accordance with various aspects of the embodiments.

[0025]   FIG. **15** shows a flow diagram in which a customer generates a query in accordance with various aspects of the embodiments.

[0026]   FIG. **16** shows a system flow for mobile content management in accordance with various aspects of the embodiments.

[0027]   FIG. **17** shows a system flow for mobile content management in accordance with various aspects of the embodiments.

[0028]   FIG. **18** shows a flow diagram for mobile content management in accordance with various aspects of the embodiments.

DETAILED DESCRIPTION

[0029]   In the following description of the various embodiments, reference is made to the accompanying drawings, which form a part hereof, and in which is shown by way of illustration various embodiments in which the invention may be practiced. It is to be understood that other embodiments may be utilized and structural and functional modifications may be made without departing from the scope and spirit of the present invention.

[0030]   In the description herein, the following terms are referenced.

[0031]   Mobile banking: Mobile banking may include mobile banking services (e.g., M-Banking, mbanking, and SMS Banking) for performing balance checks, account transactions, and payments via a mobile device such as a mobile phone, and the like. Financial institutions are offering products that are directed to mobile banking. For example, a cash management banking channel, which features intuitive technology that allows commercial and corporate clients to move beyond transactions to focus on their core businesses and provides a single point of access to global treasury, debt, cash management, investments, trade finance, foreign exchange services and other financial capabilities. Also, financial institutions may offer free mobile banking, in which customers use mobile phones or devices to bank in several ways: Mobile Web or with Mobile Applications.

[0032]   Push: A push (or "server-push") may include, for example, the delivery of information on the Web that is initiated by the information server rather than by the information user, recipient or client, as it usually is. In contrast, a pull is generated by specifically requesting information from a particular source. Downloading web pages with a web browser is an example of pull technology.

[0033]   In accordance with various aspects of the embodiments, methods, computer-readable media, and apparatuses are disclosed to support a mobile implementation channel that enables secure mobile customer alerts, content delivery, event and location awareness and context integration that can be leveraged across multiple lines of business using basic interfaces. The mobile implementation channel enables secure reach to many mobile device types, abstracts away delivery peculiarities, and provides logging and security support when necessary taking into account who the individual is, where they are, and even what they may be doing; thus leveraging identity, location (e.g., location-based services), and activity (e.g., business process management).

[0034]   Mobile banking is currently most often performed via short message service (SMS) or the mobile Internet but

may also use special programs called clients downloaded to the mobile device. However, content distribution to mobile devices is currently limited, difficult, and done sporadically or not at all. In addition, it is often difficult to distribute content across multiple device types, to relate devices to location, or to integrate with existing workflow implementations, enterprise content management (ECM), or business intelligence (aka reporting).

[0035]   FIG. **1** shows a flow diagram in which a business process generates requests to a wireless device in accordance with various aspects of the embodiments. Aspects of the embodiments generally relate to a computer system that integrates a business infrastructure, which is processing business process **101**, to different mobile device types (corresponding to block **102**). The business process may be based on a business process model or workflow. For example a workflow may include a sequence of connected steps in order to depict a sequence of operations representing work of a person, a group of persons, an organization of staff, or one or more simple or complex mechanisms.

[0036]   Alerts, content delivery, event and location awareness can be provided to an appropriate mobile channel based on the context for multiple lines of business. Business process **101** may be based on a business infrastructure that further applies a layer of security, in which a request may be generated at appropriate points of business process **101**. Examples of requests include, but are not limited to, an alert to a user, push content to the user, and obtaining the location of the user.

[0037]   Block **102** then sends a message to a wireless device of the user based on the device type. Different types of mobile device types may be supported, including iPhone® devices, Blackberry® devices, Android™ devices, mobile Internet devices, and SMS-capable mobile devices. With some embodiments, block **102** is implemented as middleware that is executed at Context Server **215** as shown in FIG. **2**. Block **102** processes the request based on who is the user, where the user is, what the user is doing, and what the user wants. The request may be initiated though an application programming interface (API), in which business process **101** provides a user identity. With some embodiments, the API may be based on REST-style architectures that consist of clients and servers. Clients initiate requests to servers. The servers then process requests and return appropriate responses. Requests and responses are built around the transfer of representations of resources. A resource may be essentially any coherent and meaningful concept that may be addressed. A representation of a resource is typically a document that captures the current or intended state of a resource. Block **102** then determines what type of device the user is associated with and directs the request accordingly. Also, if content is being pushed to the user, the format of the content may be formatted in accordance with the associated device type.

[0038]   Business process **101** may be associated with different types of businesses. While some of the examples described herein may be related to financial institutions, embodiments may also support other types of businesses including manufacturing, service businesses, retailers, information businesses, and high technology businesses.

[0039]   FIG. **2** shows system **200** that integrates different wireless devices **204-209** with a business process model in accordance with various aspects of the embodiments. With traditional systems there may be a significant amount of complexity regarding the wireless channel resulting in the mobile channel being underutilized for associates and customers, in

WAPP_MARKMAN_0002649

3

which usage may be limited to mobile web-content. However, mobile banking services are trending toward a richer offering for the user. For example, a bank may offer on-line banking customers mobile banking in which a customer may access an account through the mobile web or with a mobile application. Mobile applications may be provided for different mobile devices, including iPhone® devices (e.g., device **204**) Blackberry® devices (e.g., device **205**), and Android® devices (e.g., device **207**). The mobile applications may be designed to provide a customized mobile banking experience and to offer convenience to the user. Moreover, Context Server **215** may support new device types as they become available by integrating only components at tiers **202** and **203** that support the new device type.

[0040]    With some embodiments, mobile banking provides a richer set of functioning alternatives to the general web based banking features. However, the alternatives typically circumvent a piecemeal, fragmented fashion with little continuity. As the feature and customer space grows both in size and capability, there may be more offerings, and consequently embodiments should avoid potentially more fragmentation so that a user (customer) is offered a coherent relationship channel to the financial institution.

[0041]    System **200** provides a mobile implementation channel to enable secure mobile customer alerts, content delivery, event and location awareness and context integration that can be leveraged across multiple lines of business using simple interfaces. System **200** enables secure reach to different mobile device types, abstracts away delivery peculiarities, and provides logging and security support when necessary taking into account who the user of a mobile device is, where the user is, and what the user may be doing, consequently leveraging identity, location (location based services), and activity (business process management). Thus, system **200** processes requests based on the user context, where supporting system components may be referenced with the term "wContext" in the description herein.

[0042]    With an aspect of the embodiments, system **200** supports enterprise integration using either a console, device library, RESTful API, or direct industry standard XML Process Definition Language (XPDL) or Java specification requests (e.g., JSR 211) for business process management (BPM) or enterprise content management (ECM), respectfully. In addition, some embodiments handle the security, logging, and delivery details based on the request preference.

[0043]    System **200** may be modeled into layered tiers, including application tier **201**, external wireless gateway tier **202**, and carrier networks tier **203**, in which system components are partitioned into application components, external wireless gateway components, and carrier network components, respectively.

[0044]    Context Server **215** determines which devices the users (identified administrators) have from request **251** through HTTP server **214** and pushes the alert request through the appropriate mobile channel(s) to the devices. For different device types, the request may be directed to different mobile channel types. For example, with Blackberry device **205**, the push may be sent through RIM External Wireless Gateway **212** to RIM Network Operations Center **210**. With iPhone device **204**, the push may be sent through Apple Push Notification Service (APNS) Wireless Gateway **211**. With Android device **207**, mobile internet device **208**, or E-reader device **209**, the push may be sent directly to device **207** through the wireless network and processed by the client

component **254**-**258**. Also, Context Server **215** may support short message service (SMS)-capable mobile devices (e.g., mobile device **206**) through SMS aggregator **213**, which functions as an SMS gateway.

[0045]    Request **251** may include one or more request type, including alert, location request, push ECM content), and content. Request **251** may be initiated from a Web console, device, or application via the API. With some embodiments, request **251** includes a user identity. Context Server **215** may access data repository **217** in order to obtain the type of device type for the user's device. Context Server **215** consequently directs the request through the appropriate mobile channel type based on the device type.

[0046]    With some embodiments, client components **254**-**258** provides the appropriate device type of mobile devices **204**-**208** to Context Server **215** when the mobile device registers. Also, with some embodiments, client components **254**-**258** obtain location information for the mobile device, e.g., from a Global Positioning System (GPS) receiver, and report the location information when a request is received from Context Server **215**. Consequently, client components **254**-**258** automatically provide overhead information to system **200** so that the user is not burdened with inputting this information.

[0047]    FIG. **3** shows illustrative screenshots **301**-**304** when unlocking a cash management account in accordance with various aspects of the embodiments. The cash management banking channel, which may support mobile banking services, features intuitive technology that allows commercial and corporate clients to move beyond transactions to focus on their core businesses. The result of a multi-million dollar investment that addresses the needs and preferences of clients. The cash management service may provide a single point of access to global treasury, debt, cash management, investments, trade finance, foreign exchange services, and other financial capabilities.

[0048]    With traditional systems, when a cash management user is locked out of the user's account, the user contacts (e.g., by phone/email) one of the designated cash management administrators at the user's company. The contacted administrator then logs into the cash management service (via desktop/laptop) and submits the unlock request. A second administrator then is contacted (e.g., by phone/email) to approve the request in the cash management service (via desktop/laptop).

[0049]    With an aspect of the embodiments, system **200** enables an administrator to unlock and approve unlocks from mobile device **204**, **205**, **206**, **207**, or **208** so that the administrator does not have to be at their desk or start up their laptop. An automatic push alert notification is generated so that the system notifies the next person in the process automatically once a step is completed.

[0050]    The scenario shown in FIG. **3** assumes that the user (customer), after being locked out, selects a link "Request Account Unlock" in the cash management service. This action causes the cash management service to push an alert message push to the designated administrator(s) for the user's company. The first administrator sees an alert on the administrator's mobile device for a "Locked User" in screenshot **301**. When the first administrator clicks on "View", the first administrator is presented with screenshot **302** so that the first administrator can sign-in. The first administrator is then presented with "Unlock User" page **303**, where the first administrator can select the user(s) and submit the unlock request. Once the request has been successfully submitted, the first

4

administrator can use the "Alert Approver" in screenshot **304** to notify a second administrator that there is a request that needs to be approved.

[0051]   FIG. **4** shows screenshots **401-404**, which are a continuation of screenshots shown in FIG. **3** in accordance with various aspects of the embodiments. With screenshot **401**, the second administrator receives an alert on the administrator's mobile device for an unlock request that is pending approval. When the second administrator clicks on "View", screenshot **402** is presented so that the second administrator can sign-in. "Approve Unlock" page **403** is then presented so that the second administrator can select the user(s) and approves the unlock. When the approval has been completed, screenshot **404** is presented to the second administrator.

[0052]   With some embodiments, an administrator can select the "Contact" button at any point during the scenario to call, generate a SMS message, or e-mail the user or another administrator from the administrator's mobile device. The Main Menu may allow the user to unlock and approve users directly.

[0053]   FIG. **5** illustrates an example of computing platform **501** for supporting Context Server **215** or devices **204-209** that may be used according to one or more illustrative embodiments. Computing platform **501** is only one example of a suitable computing environment and is not intended to suggest any limitation as to the scope of use or functionality of the embodiments. Computing platform **501** should not be interpreted as having any dependency or requirement relating to any one or combination of components shown in the illustrative computing platform **501**.

[0054]   The embodiments are operational with numerous other general purpose or special purpose computing system environments or configurations. Examples of well known computing systems, environments, and/or configurations that may be suitable for use with the embodiments include, but are not limited to, personal computers, server computers, handheld or laptop devices, multiprocessor systems, microprocessor-based systems, set top boxes, programmable consumer electronics, network PCs, minicomputers, mainframe computers, distributed computing environments that include any of the above systems or devices, and the like.

[0055]   Computing platform **501** may have a processor **503** for controlling overall operation of the computing platform **501** and its associated components, including RAM **505**, ROM **507**, communications module **509**, and memory **515**. Computing platform **501** typically includes a variety of computer readable media. Computer readable media may be any available media that may be accessed by computing platform **501** and include both volatile and nonvolatile media, removable, and non-removable media. By way of example, and not limitation, computer readable media may comprise a combination of computer storage media and communication media.

[0056]   Computer storage media may include volatile and nonvolatile, removable and non-removable media implemented in any method or technology for storage of information such as computer readable instructions, data structures, program modules or other data. Computer storage media may include, but is not limited to, random access memory (RAM), read only memory (ROM), electronically erasable programmable read only memory (EEPROM), flash memory or other memory technology, CD-ROM, digital versatile disks (DVD) or other optical disk storage, magnetic cassettes, magnetic tape, magnetic disk storage or other magnetic storage devices,

or any other medium that can be used to store the desired information and that can be accessed by computing device **501**.

[0057]   Communication media typically embodies computer readable instructions, data structures, program modules or other data in a modulated data signal such as a carrier wave or other transport mechanism and includes any information delivery media. Modulated data signal is a signal that has one or more of its characteristics set or changed in such a manner as to encode information in the signal. By way of example, and not limitation, communication media includes wired media such as a wired network or direct-wired connection, and wireless media such as acoustic, RF, infrared and other wireless media.

[0058]   Although not shown, RAM **505** may include one or more are applications representing the application data stored in RAM memory **505** while the computing device is on and corresponding software applications (e.g., software tasks), are running on the computing platform **501**.

[0059]   Communications module **509** may include an interface to communicate with a wireless gateway (e.g., gateways **211-212**), SMS aggregator **213**, or directly with a wireless carrier network.

[0060]   Software may be stored within memory **515** and/or storage to provide instructions to processor **503** for enabling computing platform **501** to perform various functions, e.g., processes **600-1100** as shown in FIGS. **6-11**, respectively. For example, memory **515** may store software used by computing platform **501**, such as an operating system **517**, application programs **519**, and an associated database **521**. Alternatively, some or all of the computer executable instructions for computing platform **501** may be embodied in hardware or firmware (not explicitly shown).

[0061]   Database **521** may provide storage of electronic content for a mapping a user to a device type or for storing configuration information to pull and push content to the user. While database **521** is shown to be internal to computing platform **501**, database **521** may be external to computing platform **501** with some embodiments.

[0062]   Additionally, one or more application programs **519** used by the computing platform **501**, according to an illustrative embodiment, may include computer executable instructions for invoking user functionality related to communication including, for example, email, short message service (SMS), and voice input and speech recognition applications.

[0063]   Embodiments of the invention may include forms of computer-readable media. Computer-readable media may include any available media that can be accessed by a computing platform **501**. Computer-readable media may comprise storage media and communication media. Storage media include volatile and nonvolatile, removable and non-removable media implemented in any method or technology for storage of information such as computer-readable instructions, object code, data structures, program modules, or other data. Communication media may include any information delivery media and typically embody data in a modulated data signal such as a carrier wave or other transport mechanism.

[0064]   Although not required, one of ordinary skill in the art will appreciate that various aspects described herein may be embodied as a method, a data processing system, or as a computer-readable medium storing computer-executable instructions. For example, a computer-readable medium storing instructions to cause a processor to perform steps of a

5

method in accordance with aspects of the embodiments is contemplated. For example, aspects of the method steps disclosed herein may be executed on a processor on a computing platform **501**. Such a processor may execute computer-executable instructions stored on a computer-readable medium.

[0065] As understood by those skilled in the art, the steps that follow in the Figures may be implemented by one or more of the components in FIGS. **2** and **5** and/or other components, including other computing devices.

[0066] FIG. **6** shows flow diagram **600**, in which a customer requests that an account be unlocked as illustrated in FIGS. **3** and **4** and in accordance with various aspects of the embodiments. Flow diagram **600** depicts a scenario in which a bank corporate treasury user is locked out of the user's cash management account. For the account to be unlocked, two of the user's company account administrators must approve the unlock request. The unlock request needs to be delivered to the account administrator's mobile device(s), which may be one of different types of mobile devices, e.g., devices **204-209**. The administrator can then use the cash management mobile application on the administrator's device to approve and unlock the user's accounts.

[0067] In the flow diagrams shown in FIGS. **6-12**, the user may change in a scenario as the scenario progresses. For example, in flow diagram **600**, the user initially corresponds to the cash management user. Subsequently, the administrator becomes the user in order to approve the unlocking of the account for the cash management user.

[0068] At block **601** a cash management user submits a request to the cash management system (which is included in the infrastructure as business process **101** as shown in FIG. **1**) to unlock the user's locked account (corresponding to screenshots **301-304** as shown in FIG. **3**). The cash management system routes the request through its workflow and identifies the administrators needed to approve the unlock request at block **602**.

[0069] The cash management's workflow then sends an alert request, in which the appropriate administrators are identified via the API at block **603**, and consequently the API sends request **251** (as shown in FIG. **2**) to HTTP Server **214** at block **604**. HTTP Server **214** sends request **253** at block **605** to application server **211**, which consequently sends the request to Context Server **215** at block **606**.

[0070] Context Server **215** determines which devices the users (identified administrators) have from the request and pushes the alert request through the appropriate channel(s) at block **607**. For different device types, the request may be directed differently. For example, with Blackberry device **205**, the push may be sent through RIM External Wireless Gateway **212** to RIM Network Operations Center **210**. With iPhone device **204**, the push may be sent through Apple APNS Wireless Gateway **211**. With Android device **207**, the push is sent directly to device **207** through the wireless network and processed by client component **257**.

[0071] FIG. **7** shows a continuation of flow diagram **600** shown in accordance with various aspects of the embodiments. Context Server **215** sends an alert at block **701** to the mobile device of the administrator (corresponding to screenshot **401** as shown in FIG. **4**) with an option to approve the unlock request. At block **702** the administrator can chose to approve the unlock (corresponding to screenshot **403**). The cash management mobile application generates a selectable display so that the administrator can perform the necessary actions to unlock the selected account.

[0072] FIG. **8** shows flow diagram **800** in which a bank loan officer (the user) wants to push an alert and corresponding document to a customer in accordance with various aspects of the embodiments. Flow diagram **800** may depict a scenario in which a bank loan officer wants to push an alert and corresponding document to a customer for the customer's review. The alert and document content are delivered to the customer's mobile device(s), which may be one of different types of mobile devices, e.g., devices **204-209**.

[0073] The bank loan officer initiates request **251** to system **200** at block **801**, where the request includes an alert message and document content from a Context Request page (not explicitly shown) that is displayed on a Web console. Consequently the API forwards request **251** (as shown in FIG. **2**) to HTTP Server **214** at block **802**. HTTP server **214** sends request **253** at block **803** to application server **211**, which consequently sends the request to Context Server **215** at block **804**.

[0074] Context Server **215** determines which devices the user has from the request and pushes the alert request and content through the appropriate wireless channels at block **805**. For different device types, the request and content may be directed differently. For example, with Blackberry device **205**, the push may be sent through RIM External Wireless Gateway **212** to RIM Network Operations Center **210**. With iPhone device **204**, the push may be sent through Apple APNS Wireless Gateway **211**. With Android device **207**, the push is sent directly to device **207** through the wireless network and processed by client component **257**. The pushes may also be sent securely and are logged.

[0075] The customer (user) is alerted and directed to view the document on the user's device at block **806**.

[0076] FIG. **9** shows flow diagram **900** in which a customer registers to have alerts and periodic account statements push to the customer's communication device in accordance with various aspects of the embodiments. Flow diagram **900** may depict a scenario in which a bank customer registers to have alerts and periodic account statements pushed to the customer's device(s). The alert and account content are delivered to the customer's mobile device(s), which may be one of different types of mobile devices, e.g., devices **204-209**.

[0077] At block **901**, a customer (user) registers with the enterprise content management (ECM) system (which may support business process **101** as shown in FIG. **1**) to have account statements pushed to the customer's device at a desired frequency (e.g., every month). The ECM system schedules itself at block **902** to send request **251** to Context Server **215** at the desired times (e.g., on the first business day of each month).

[0078] At each desired time, ECM system fetches the request account statement for the user at block **903**. The ECM system then issues request **251** with an alert type, user identification, and account statement via an API request, which is directed via HTTP server **214**. HTTP Server **214** sends request **253** at block **904** to application server **211**, which consequently sends the request to Context Server **215** at block **905**.

[0079] Context Server **215** determines which devices the user has from the request and pushes the alert request and account statement through the appropriate wireless channels at block **906**. For different device types, the request and content may be directed differently. For example, with Blackberry device **205**, the push may be sent through RIM External Wireless Gateway **212** to RIM Network Operations Center

US 2011/0246612 A1

Oct. 6, 2011

6

**210**. With iPhone device **204**, the push may be sent through Apple APNS Wireless Gateway **211**. With Android device **207**, the push is sent directly to device **207** through the wireless network and processed by client component **257**. The pushes are typically sent securely and are logged.

[0080] FIG. **10** shows a continuation of flow diagram **900** in accordance with various aspects of the embodiments. At block **1001** the user (customer) is alerted and is directed to view the account statement on the customer's device. For devices that do not handle document display automatically, a context client library may be invoked to display the account statement via the ContentHandler API.

[0081] FIG. **11** shows flow diagram **1100** in which a manager wants to determine the locations of the manager's associates in accordance with various aspects of the embodiments. Flow diagram **1100** depicts a scenario in which a bank manager wants to determine the location of the manager's associates after an emergency event forces an evacuation of an office building. The bank manager uses a Web console to send a location request to the mobile devices of the associates via system **200**. The associates may have different mobile devices, e.g., devices **204-209**.

[0082] At block **1101**, the banking manager (user) submits a location request for the manager's associates through a Context Request page that is displayed on the manager's Web console. However, embodiments also support the manager initiating a request through another type of device, including devices **204-209**. The request may include a list of users (associates) as well as user information. Consequently, an application executing on the Web console initiates request **251** at block **1102** with a location type and user identifications of the associates and manager via an API request, which is directed via HTTP server **214**. HTTP server **214** sends request **253** at block **1103** to application server **211**, which consequently sends the request to Context Server **215** at block **1104**.

[0083] Context Server **215** determines which devices the user has from the request and pushes the location request to each device through the appropriate wireless channels at block **1105**. For different device types, the request and content may be directed differently. For example, with Blackberry device **205**, the push may be sent through RIM External Wireless Gateway **212** to RIM Network Operations Center **210**. With iPhone device **204**, the push may be sent through Apple APNS Wireless Gateway **211**. With Android device **207**, the push is sent directly to device **207** through the wireless network and processed by client component **257**. The pushes are typically sent securely and are logged.

[0084] At block **1106**, the location request push is received and processed by the client component **254-259** on each device of the manager's associates.

[0085] FIG. **12** shows a continuation of flow diagram **1100** shown in accordance with various aspects of the embodiments. At block **1201** context client component **254-259** on each device of the manager's associates fetches its devices location and sends it back to the manager via Context Server **215** through the location processor API. The manager is then alerted with the location of each associate's device at block **1202**.

[0086] FIG. **13** shows flow diagram **1300** for a client component **254-259** in accordance with various aspects of the embodiments. With some embodiments, context client component **254-259** executes computing platform **501** as previously discussed.

[0087] At blocks **1301-1302** users register with Context Server **215** in order to provide the device types of each user's device. However, registrations typically occur at different times when user devices become active.

[0088] When a user (e.g., a manager) requests a location request at block **1303**, device locations of selected users (e.g., associates) are fetched at block **1304**, and the location information is provided to the requesting user at block **1305**.

[0089] FIG. **14** shows a system in which a customer generates a query in accordance with various aspects of the embodiments. A bank customer initiates a query request to bank infrastructure **1401** through terminal **1403** about a general question (e.g., identifying a branch/ATM location through a web service call or by text messaging through an automated system). Consequently, terminal **1402** generates query message **1451** to bank infrastructure **1401**. Bank infrastructure **1401** may include different banking systems that are separate from system **200** or may be incorporated into system **200** as shown in FIG. **2**. With some embodiments, bank infrastructure **1401** may receive query message **1451** over a communication channel without interacting with system **200**, and consequently without message **1451** being transported via gateway **211** or **212**.

[0090] Request **1452** (which may correspond to request **251** as shown in FIG. **2**) is then sent from infrastructure **1401** to wireless system **200** with a user identification and query information that are contained in query message **1451**. Wireless system **200** (e.g., context server **215** as shown in FIG. **2**) accesses customer profile information to determine the device type of terminal **1402** and the query treatment for the customer. For example, the customer profile information may provide the customer's account type and may be indicative of whether the customer prefers human interaction with a bank representative. Based on the customer profile information, context server **215** may generate invitation message **1453** with contact information (e.g., a telephone number for the customer to call in order to reach a bank representative) and send message **1453** to terminal **1402** through the appropriate type of communication channel. While FIG. **14** shows that terminal **1402** generates message **1452** and receives invitation message **1453**, messages **1452** and **1453** may be associated with different terminals (i.e., the customer generates the query request and receives the query response on different terminals).

[0091] While FIG. **14** shows system **200** sending invitation message **1453**, server **215** may determine that only general information (e.g., the location of a bank branch or ATM) be sent to terminal **1402** without inviting the customer to communicate directly with the bank representative. The general information may be based on specific information associated with terminal **1402**, such as the terminal's location so that the closest ATM or bank branch is provided.

[0092] If the customer is invited to communicate directly with a bank representative based on the customer profile, the customer may indicate whether bank representative should set up a connection to customer's wireless terminal (e.g., chat session or telephone call), as indicated by invitation response **1454**. System **200** provides invitation response **1455** to infrastructure **1401**, and the bank representative may then initiate non-gateway connection **1456** to terminal **1403** without further interaction with system **200**. Alternatively, the customer may prefer to initiate a connection using contact information provided in invitation **1453** rather than having the bank representative call the customer.

WAPP_MARKMAN_0002653

US 2011/0246612 A1                                                Oct. 6, 2011

7

[0093] FIG. **15** shows flow diagram **1500** that is associated with FIG. **14** in which a customer generates a query in accordance with various aspects of the embodiments. At block **1501**, terminal **1402** sends a general request to infrastructure **1401**, which then sends request **1452** to system **200** at block **1502**. The customer profile (e.g., stored at data repository **217** as shown in FIG. **2**) is accessed at block **1503** to determine whether the customer should be invited to interact directly with a bank representative as determined at block **1504**. If so, the customer is provided information that answers the query as well as contact information at block **1505** so that the customer can communicate with the bank representative. Also, as previously discussed, system **200** directs the invitation message through the appropriate communication channel type based on the device type. If system **200** determines that the customer should not be invited at block **1504**, then only general information related to the query is sent to the customer at block **1506**.

[0094] FIG. **16** shows a system flow for mobile content management in accordance with various aspects of the embodiments. With traditional systems, remote users (e.g., employees or associates) are often faced with the challenge of continually staying up to date on required training, product updates, and other critical learning opportunities while being asked to spend most of their time on the road.

[0095] Prior to leaving the office with traditional systems, users often have to search many documents all housed in different places throughout internal and external systems. Remote users cannot always access their company's networks while on the road so the remote users often resort to printing out critical documents prior to leaving the place of business. This approach often creates a conflict with efforts to reduce paper consumption. Hours of preparation and printing may be expended for each sales call in order to identify and find the right documents to support deals, learn about industries, and keep up with product information. Also there may be a need to keep all the documents in hard copy form so the employee does not have to rely on finding Wi-Fi signals for accessing the company's internal systems. These activities may not add value in a sales person's day and consequently decrease company productivity.

[0096] With an aspect of the embodiments, a consumer-focused product is migrated into an integrated corporate mobile filing system, allowing sales associates to have real-time access to critical documents while in a mobile environment, without being tethered to a laptop computer. Consequently, a new tool is provided for corporations or other organizations that provides value that traditional systems do not. The combination of a mobile reading device (e.g., device **1601** corresponding to device **209** as shown in FIG. **2**) with an integrated internal system (corporate entity **1602** and corresponding to system **200** as shown in FIG. **2**) for administering the management of the content on a device that does not currently exist with traditional systems. Even though corporate employees typically have to juggle hundreds of documents daily, corporate entity **1602** may support an employee when the employee is away from the office on sales calls or other business-related activities. For example, necessary or critical documents may be pushed to an employee's device automatically by a manager or other individual associated with an organization.

[0097] With an aspect of the embodiments, secure and user-friendly mobile device **1601** is dedicated to the needs of remote users (employees) (e.g., a global sales force, techni-

cians, and repair personnel). Device **1601** leverages the e-ink technology so that an e-ink reader allows a user to access, manage and read documents without being "tethered" to a computer. Device **1601** allows for both user-initiated downloads from corporate entity **1602** (corresponding to pull of corporate data **1651**) as well as corporate pushes by corporate entity **1602** (corresponding to push of corporate data **1652**) in order to ensure that an employee is equipped with all the necessary information for the employee's job when they are away from the office. With an aspect of the embodiments, device **1601**, which may function as a stand-alone device, is integrated with web platform **1602** that administers all pushes of information to device **1601**.

[0098] Referring to FIG. **2**, system **200** may include corporate entity **1602**. According to an aspect of the embodiments, corporate entity **1602** may push updated documents to device **1601** when a previously-pulled document has been revised. For example, documents may be pushed to mobile device **1601** based on update configuration information (e.g., time of updating or frequency of updating documents).

[0099] With an aspect of the embodiments, technology is incorporated to display text on a screen of device **1601** in a way that is easily readable, even in sunlight. E-reader device **1601** may allow consumers to store large volumes of text in the form of books, magazines and newspapers. Device **1601** may support electronic paper, e-paper, or electronic ink display to mimic the appearance of ordinary ink on paper. Unlike a flat panel display, which uses a backlight to illuminate its pixels, electronic paper typically reflects light like ordinary paper and is capable of holding text and images indefinitely without drawing electricity, while allowing the image to be changed later.

[0100] Pushing content from corporate entity **1602** to device **1601** may offer a number of capabilities for a business user as well as reduce paper consumption. For example, an associate may quickly and easily obtain and store product updates and industry documentation. Managers may also ensure that associates have necessary updated information in an essentially real-time environment by initiating a push for the selected information to selected remote users. Consequently, associates can review draft documents and make notes for changes, quickly and easily access and store a multitude of newspapers and industry magazines, and access mobile device **1601** without a Wi-Fi hot spot. Moreover, remote technicians can access volumes of instructional manuals.

[0101] FIG. **17** shows a system flow for mobile content management in accordance with various aspects of the embodiments. Corporate entity **1702** and device **1701** are similar to corporate entity **1602** and device **1601**; however, security management is also supported by security layer component **1703** in conjunction with corporate entity **1702**. For example, with some embodiments, security management verifies that a user has permission to the selected documents, the actual user is really the identified user, and the content is sufficiently encrypted when the content is pushed or pulled.

[0102] FIG. **18** shows flow diagram **1800** for mobile content management in accordance with various aspects of the embodiments. Process **1800** may begin when an associate is ready to prepare for a sales call. The associate may access an internal website and select the documents that are needed from a drop down menu that is displayed on device **1601**. In addition, the associate may choose the frequency and timing for any push of content to the mobile content manager of device **1601**, e.g., client component **259** as shown in FIG. **2**.

WAPP_MARKMAN_0002654

8

The requested documents may be quickly downloaded (pull) to the mobile device **1601** and may be available for reading. The selected document may be subsequently pushed when the document has been updated. For example, the document may be updated on a daily basis or may be updated at a given time. Also, with some embodiments, another user (e.g., a manager) may request that a selected document be pushed to the remote user (e.g., an associate) at a selected time to keep the remote user updated with current information.

[0103]   Referring to FIG. **18**, configuration information is received by corporate entity **1602** from device **1601** for pulling and/or pushing content at block **1801**. For example, the user may enter selected documents through a document menu (not explicitly shown). In addition, the user may enter information for updating the content, where the content is pushed by corporate entity **1602** at block **1802**. Alternatively, with some embodiments, the configuration information may be automatically entered by client component **259** so that the user is not burdened to enter the information.

[0104]   The selected documents (content) are then pushed to device **1601** at block **1803**. Process **1800** subsequently determines whether the selected documents should be updated at block **1804**. If so, the documents are pushed at block **1805**. Referring to FIG. **2**, for example, the updated documents may be pushed from Context Server **215** via a wireless carrier network (tier **203**) to e-reader device **209**.

[0105]   According to an additional or alternative aspect, e-ink reader users may elect to subscribe to information feeds such as information streams, newspapers and other documents that are periodically or aperiodically updated. The subscriptions may be processed by a document provider such that when an update occurs or new information is available, the data may be automatically pushed to a user's e-ink reader. In one or more arrangements, the information may be provided to a user's e-ink reader rather than other devices associated with the user based on the nature of the information and the readability of documents on e-ink readers. For example, newspapers or other documents with significant amounts of text and thus, a corporate system may automatically select to transmit the newspaper or other document to the e-ink reader rather than, for example, a smartphone device. Alternatively or additionally, the user may select the device to receive the subscribed information. Further, the schedule upon which information is updated or pushed to the user's device may be defined by the user or may be automatically defined based on when the information is updated or some other schedule.

[0106]   Aspects of the embodiments have been described in terms of illustrative embodiments thereof. Numerous other embodiments, modifications and variations within the scope and spirit of the appended claims will occur to persons of ordinary skill in the art from a review of this disclosure. For example, one of ordinary skill in the art will appreciate that the steps illustrated in the illustrative figures may be performed in other than the recited order, and that one or more steps illustrated may be optional in accordance with aspects of the embodiments. They may determine that the requirements should be applied to third party service providers (e.g., those that maintain records on behalf of the company).

We claim:

**1**. A computer-assisted method comprising:

receiving, by a computer system, a request to a user generated by a workflow that is performed through a business infrastructure, wherein the request includes a user identification;

mapping, by the computer system, the user identification to a device type from a plurality of device types; and

directing, by the computer system, the request through a mobile communication channel type to a device of the user based on the device type.

**2**. The method of claim **1**, further comprising:

obtaining, by the computer system, a response from the device that is responsive to the request;

directing the response to the workflow.

**3**. The method of claim **1**, further comprising:

mapping the user identification to an additional device type, wherein the additional device type is different from the device type; and

additionally directing the request to an additional device of the user based on the additional device type.

**4**. The method of claim **1**, further comprising:

obtaining the device type from a device registration when the device registers.

**5**. The method of claim **1**, wherein the directing is through a wireless gateway that supports the device type, wherein different wireless gateways support different device types.

**6**. The method of claim **1**, wherein the request comprises a message component indicative of a request type.

**7**. The method of claim **6**, wherein the request further comprises document content.

**8**. The method of claim **6**, wherein the request type comprises a location request, the method further comprising:

obtaining location information from the device that is indicative of a location of the device.

**9**. The method of claim **1**, wherein the request includes pushed content, the method further comprising:

formatting the pushed content to a format compatible to the device type, wherein different device types support different formats.

**10**. The method of claim **1**, wherein the request includes pushed content, the method further comprising:

pushing content to the device based on a desired frequency.

**11**. The method of claim **1**, wherein the request includes pushed content, the method further comprising:

pushing the content to the device at a desired time.

**12**. A computer-readable storage medium storing computer-executable instructions that, when executed, cause a processor to perform a method comprising:

receiving a request to a user from a business infrastructure, wherein the request includes a user identification;

mapping the user identification to a device type from a plurality of device types; and

directing the request to a device of the user based on a user context and device type; and

responsive to the request, directing a response to the business infrastructure.

**13**. The computer-readable medium of claim **12**, said method further comprising:

mapping the user identification to an additional device type, wherein the additional device type is different from the device type; and

additionally directing the request to an additional device of the user based on the additional device type.

**14**. The computer-readable medium of claim **12**, said method further comprising:

obtaining registration information from the device that includes the device type.

**15**. The computer-readable medium of claim **12**, wherein the request includes pushed content, said method further comprising:

WAPP_MARKMAN_0002655

US 2011/0246612 A1

9

Oct. 6, 2011

formatting the pushed content to a format compatible to the device type, wherein different device types support different formats.

**16**. The computer-readable medium of claim **12**, said method further comprising:

pushing content to the device based on a desired frequency.

**17**. The computer-readable medium of claim **12**, said method further comprising:

pushing the content to the device at a desired time.

**18**. The computer-readable medium of claim **12**, said method further comprising:

when the request is indicative of a location request, obtaining location information from the device; and

forwarding the location information in the response to an originator of the request.

**19**. An apparatus comprising:

at least one memory; and

at least one processor coupled to the at least one memory and configured to perform, based on instructions stored in the at least one memory:

receiving a request generated from a business infrastructure to a user, wherein the request includes a user identification;

mapping the user identification to a device type from a plurality of device types;

directing the request to a device of the user based on the device type;

obtaining a response from the device that is responsive to the request; and

directing the response to the business infrastructure.

**20**. The apparatus of claim **19**, wherein the at least one processor is further configured to perform:

mapping the user identification to an additional device type, wherein the additional device type is different from the device type; and

additionally directing the request to an additional device of the user based on the additional device type.

**21**. The apparatus of claim **19**, wherein the at least one processor is further configured to perform:

obtaining registration information from the device, wherein the registration information includes the device type.

**22**. The apparatus of claim **19**, wherein the at least one processor is further configured to perform:

obtaining location information that is indicative of a location of the device; and

forwarding the location information to an originator of the request.

**23**. The apparatus of claim **19**, wherein the at least one processor is further configured to perform:

formatting the pushed content to a format compatible to the device type, wherein different formats are supported by different device types.

* * * * *

WAPP_MARKMAN_0002656