# EXHIBIT 47



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/083,186 | 03/28/2016 | DONAVAN P. POULIN | 8684-4-DIV | 1044 |

| 22442            7590     05/16/2019 |
|---|
| Sheridan Ross PC |
| 1560 Broadway |
| Suite 1200 |
| Denver, CO 80202 |

| EXAMINER |
|---|
| PHAN, THAI Q |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2128 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 05/16/2019 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

e-docket@sheridanross.com

PTOL-90A (Rev. 04/07)

| Office Action Summary | Application No. 15/083,186 | Applicant(s) POULIN, DONAVAN P. | |
|---|---|---|---|
| | Examiner THAI Q PHAN | Art Unit 2128 | AIA (FITF) Status No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

### Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

### Status

1) ☑ Responsive to communication(s) filed on <u>03/05/2019</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ___.
2a) ☐ This action is **FINAL.**   2b) ☑ This action is non-final.
3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ___; the restriction requirement and election have been incorporated into this action.
4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

### Disposition of Claims*

5) ☑ Claim(s) <u>1-72</u> is/are pending in the application.
   5a) Of the above claim(s) <u>1-36</u> is/are withdrawn from consideration.
6) ☐ Claim(s) ___ is/are allowed.
7) ☑ Claim(s) <u>37-72</u> is/are rejected.
8) ☐ Claim(s) ___ is/are objected to.
9) ☐ Claim(s) ___ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

### Application Papers

10) ☐ The specification is objected to by the Examiner.
11) ☐ The drawing(s) filed on ___ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

### Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
    a) ☐ All   b) ☐ Some**   c) ☐ None of the:
       1. ☐ Certified copies of the priority documents have been received.
       2. ☐ Certified copies of the priority documents have been received in Application No. ___.
       3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)
2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date <u>03/08/2019</u>.
3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date ___.
4) ☐ Other: ___.

WAPP-FH003398

Application/Control Number: 15/083,186  Page 2
Art Unit: 2128

## Notice of Pre-AIA or AIA Status

The present application is being examined under the pre-AIA first to invent provisions. Claims 1-36 were cancelled. Claims 37-72 are pending in the current application.

## Information Disclosure Statement

Information Disclosure Statement filed on 03/08/2019 was being considered by the examiner.

## Claim Rejections - 35 USC § 112

1. The following is a quotation of 35 U.S.C. 112(b):
    (b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

    The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
    The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

2. Claims 37-72 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the invention.

    The features of "simulate one or more characteristics indicative of the selected mobile device type" and "display one or more graphical images of the application's resource utilization as it is running" as cited in claim 37 are not well defined in the Specification for consideration. The claim is indefinite for failing to particularly point and distinctly claim the subject matter.

Application/Control Number: 15/083,186  Page 3
Art Unit: 2128

As cited features "display one or more graphical images representations of the application's resource utilization" and "initial transmission of the application that is being developed to one or more physical versions of the mobile device" in claim 51 are not well defined in the Specification for examination. The claims failed particularly point out and distinctly claim the subject matter which applicant regards as the invention. Correction is required.

## *Conclusion*

1. Any inquiry concerning this communication or earlier communications from the examiner should be directed to THAI Q PHAN whose telephone number is (571)272-3783. The examiner can normally be reached on M-F.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Omar Fernandez can be reached on 571-272-2589. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

2. Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

Application/Control Number: 15/083,186  Page 4
Art Unit: 2128

you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

THAI Q. PHAN
Primary Examiner
Art Unit 2128

/THAI Q PHAN/
Primary Examiner, Art Unit 2128

05/10/2019

WAPP-FH003401