# EXHIBIT 48

## IN THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in the application:

**What is claimed is:**

1.-36. (Canceled).

37. (Currently Amended) A non-transitory, computer-readable medium comprising software instructions for developing an application to be run on a mobile device, wherein the software instructions, when executed, cause a computer to:

display a list of one or more mobile device types from which a user can select;

simulate one or more characteristics ~~indicative~~ of a [[the]] selected mobile device type;

initiate ~~down~~loading of at least one of the selected ~~one or more~~ characteristics ~~indicative of the selected mobile device type~~ from at least one of a remote server and a computer-readable media;

monitor utilization of one or more resources of the selected mobile device type over time as an [[the]] application is running;

display a representation of one or more ~~graphical images~~ of the monitored ~~application's~~ resources ~~utilization as it is running~~.

38. (Currently Amended) The medium of claim 37, wherein the software instructions include identifying one or more areas of code, or functions, or both of the application responsible for utilization of a specific displayed resource at a given time.

39. (Currently Amended) The medium of claim 37, wherein the one or more characteristics ~~indicative of the selected mobile device type~~ include at least one of a processor type, processor speed, storage access speed, RAM size, storage size, display width, display height, pixel depth, processor availability, RAM availability or storage availability.

40. (Previously Presented) The medium of claim 37, wherein the monitored resources include processor usage and RAM usage.

WAPP-FH003422

41. (Previously Presented) The medium of claim 37, wherein the instructions initiate transmission of the application that is being developed to one or more physical versions of a mobile device corresponding to the selected mobile device type.

42. (Previously Presented) The medium of claim 37, wherein the instructions simulate one or more characteristics, including bandwidth, indicative of a network on which the selected mobile device type can operate.

43. (Currently Amended) The medium of claim 37, wherein the one or more characteristics ~~indicative of the mobile device~~ are available for ~~playing and~~ testing the application within one or more mobile devices connected to at least <u>one of</u> the internet <u>and</u> [[or]] a wireless network.

44. (Currently Amended) The medium of claim 43, wherein the one or more mobile devices connected to <u>the</u> at least <u>one of</u> the internet <u>and</u> [[or]] a wireless network enable a user to interact with and test the application on one or more mobile devices.

45. (Currently Amended) The medium of claim 41, wherein the instructions display simultaneously <u>two</u> [[one]] or more <u>representations of the monitored resource</u>~~graphical images of the application's resource utilization as it is running, wherein each graphical image relates to a different resource~~.

46. (Currently Amended) The medium of claim 42, wherein the one or more characteristics ~~indicative of a network~~ are derived at least in part from information captured from one or more wireless networks.

47. (Previously Presented) The medium of claim 46, wherein the information captured from one or more wireless networks are stored in at least one of a file, a database, and on computer-readable media that is accessible via the internet.

3

48. (Currently Amended) The medium of claim 42, wherein the one or more characteristics ~~indicative of a network~~ are at least partially based on a geographical region.

49. (Currently Amended) The medium of claim 42, wherein the instructions are capable of simulating ~~simulate~~ one or more network events that occur when interacting with a wireless network.

50. (Currently Amended) The medium of claim 49, wherein ~~a user can create~~ scripts can be created to simulate ~~emulate actions of real user~~ events that occur on a selected mobile device type to determine the performance of the application, or the network, or both.

51. (Currently Amended) A non-transitory, computer-readable medium comprising software instructions for developing an application to be run on a mobile device, wherein the software instructions, when executed, cause a computer to:

select ~~simulate~~ one or more characteristics associated with ~~indicative of~~ a [[the]] mobile device;

monitor utilization of one or more resources of the mobile device over time [[as]] by an [[the]] application [[is]] running on a simulation of the mobile device;

display a representation of one or more ~~graphical images~~ representations of the monitored application's ~~resource~~ utilization;

correspond the utilization of a specific displayed resource at a given time with one or more functions, or code, or both of the application responsible for that utilization;

initiate transmission of the application on a simulation of the mobile device, or to ~~that is being developed to one or more physical versions of~~ the physical mobile device, or both.

52. (Currently Amended) The medium of claim 51, wherein the instructions initiate ~~down~~loading of at least one of the one or more characteristics ~~indicative of the mobile device~~ from at least one of a remote server and a computer-readable media, wherein ~~the one or more physical versions of~~ the physical mobile device is [[are]] connected to at least one of the internet, a wireless network and the remote server, to enable a user to interact with and test the application ~~on one or more physical versions of the mobile device corresponding to a selected mobile device~~.

4

53. (Currently Amended) The medium of claim 51, wherein the software instructions include identifying one or more areas of code, or functions, or both of the application responsible for utilization of a specific displayed resource at a given time.

54. (Currently Amended) The medium of claim 51, wherein the ~~instructions simulate one or more~~ characteristics~~, including~~ include bandwidth information~~, indicative of a network on which the mobile device can operate~~.

55. (Currently Amended) The medium of claim 51, wherein at least one of the one or more characteristics ~~indicative of the mobile device~~ are stored on at least one of a file, a database and on a computer-readable media that is accessible via the internet.

56. (Previously Presented) The medium of claim 54, wherein the instructions simulate one or more network events that occur when interacting with a wireless network.

57. (Currently Amended) The medium of claim 56, wherein ~~a user can create~~ scripts can be created to simulate~~emulate actions of real user~~ events that occur on the mobile device to determine the performance of the application, or the network, or both.

58. (Currently Amended) The medium of claim 54, wherein the one or more characteristics ~~indicative of a network~~ are derived at least in part from information captured from one or more wireless networks.

59. (Previously Presented) The medium of claim 58, wherein the information captured from one or more wireless networks are stored in at least one of a file, a database, and on computer-readable media that is accessible via the internet.

60. (Currently Amended) The medium of claim 51, wherein the instructions include ~~receiving~~ a set of declared resources for the application.

5

61. (Previously Presented) The medium of claim 60, wherein the declared resources include information to evaluate performance of at least one of the application or a network.

62. (Previously Presented) The medium of claim 61, wherein the event performance measurement can be used to evaluate performance of the application, or the network, or both.

63. (Currently Amended) The medium of claim 54, wherein the one or more characteristics ~~indicative of a network~~ are based on a geographical region.

64. (Previously Presented) The medium of claim 63, wherein the one or more geographical characteristics indicative of a network are stored in at least one of a file, a database, and on computer-readable media that is accessible via the internet.

65. (Previously Presented) The medium of claim 54, wherein the network characteristics are displayed using at least one of a map, drop-down list, and drop-down menu.

66. (Currently Amended) The medium of claim 54, wherein ~~a user can manage~~ the network characteristics <u>can be managed or</u> ~~, or create~~ custom network characteristics <u>can be created</u>~~, or both to test how well the application performs on the mobile device~~.

67. (Currently Amended) The medium of claim 54, wherein the instructions display simultaneously <u>two</u> [[one]] or more <u>representations of the monitored resource</u>~~graphical images of the application's resource utilization, wherein one or more graphical representation relates to a different resource and is synched in time as the application is running~~.

68. (Currently Amended) The medium of claim 67, wherein the instructions to display the <u>representations</u> ~~graphical images~~ are stored in at least one of a file, a database, and on computer-readable media that is accessible via the internet.

6

69. (Currently Amended) The medium of claim 51, wherein the instructions allow ~~a user to create~~ scripts <u>to be created that</u> ~~which~~ <u>simulate</u>~~emulate~~ actions <u>capable of being performed by the mobile device</u>~~real user behavior~~.

70. (Currently Amended) The medium of claim 69, wherein the scripts can be modified or recorded ~~to impact either the performance of the application, or a network, or both~~.

71. (Currently Amended) The medium of claim 70, wherein the scripts include an event generator to determine resource utilization of <u>at least one of</u> the application~~, or a~~ <u>and the</u> network~~, or both~~.

72. (Currently Amended) The medium of claim 71, wherein the event generator can be used to evaluate performance of <u>at least one of</u> the application~~, or a~~ <u>and the</u> network~~, or both~~.

7

WAPP-FH003427