# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00670 |
| **BANK OF AMERICA N.A.** | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § § § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Alden G. Harris, enters his appearance in this matter as counsel for Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. He may receive communications from the Court and all parties at:

> Alden G. Harris
> HEIM, PAYNE & CHORUSH, LLP
> 1111 Bagby St., Suite 2100
> Houston, TX 77002
> Telephone: (713) 221-2000
> Fax: (713) 221-2021
> E-mail: aharris@hpcllp.com

DATED: June 2, 2022          Respectfully submitted,

         By: /s/ *Alden G. Harris*
         Leslie V. Payne
         State Bar No. 0784736
         lpayne@hpcllp.com
         R. Allan Bullwinkel
         State Bar No. 24064327
         abullwinkel@hpcllp.com
         Alden G. Harris
         State Bar No. 24083138
         aharris@hpcllp.com
         Christopher L. Limbacher
         State Bar No. 24102097
         climbacher@hpcllp.com
         HEIM PAYNE & CHORUSH, LLP
         1111 Bagby St., Suite 2100
         Houston, Texas 77002
         Telephone: (713) 221-2000
         Facsimile: (713) 221-2021

         **ATTORNEYS FOR PLAINTIFFS**
         **WAPP TECH LIMITED PARTNERSHIP and**
         **WAPP TECH CORP.**

**CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 2nd day of June, 2022, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                            /s/ *Alden G. Harris*
                            Alden G. Harris