# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **WAPP TECH LMIITED PARTNERSHIP and WAPP TECH CORP.,** | § § § § | |
| Plaintiffs, | § § | Case No. 4:21-cv-00670-ALM |
| v. | § § | |
| **BANK OF AMERICA, N.A.,** | § § | Jury Trial Requested |
| Defendant. | § § § | |

## JOINT MOTION FOR ENTRY OF

## PROTECTIVE ORDER SOURCE CODE ADDENDUM

Pursuant to paragraph 20 of the Protective Order (Dkt. No. 36), the parties have negotiated the attached Protective Order – Source Code Addendum to govern the production of source code in this matter. Accordingly, the parties hereby submit the agreed Protective Order Source Code Addendum, attached hereto, and respectfully request the Court enter it.

DATED:  June 3, 2022                                              Respectfully submitted,

/s/ Leslie V. Payne

Scott W. Clark
Texas Bar No. 24007003
sclark@azalaw.com
**AHMAD, ZAVITSANOS & MENSING P.C.**
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

Leslie V. Payne
State Bar No. 0784736
lpayne@hpcllp.com
R. Allan Bullwinkel
State Bar No. 24064327
abullwinkel@hpcllp.com
Alden G. Harris
State Bar No. 24083138
aharris@hpcllp.com
Christopher L. Limbacher
State Bar No. 24102097
climbacher@hpcllp.com
**HEIM PAYNE & CHORUSH, LLP**
1111 Bagby St., Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

**ATTORNEYS FOR PLAINTIFFS WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP.**

/s/ Timothy S. Durst
Timothy S. Durst
Texas State Bar No. 00786924
tdurst@omm.com
**O'MELVENY & MYERS LLP**
2501 North Harwood Street
Suite 1700
Dallas, TX 75201-1663
Telephone: 972-360-1900
Facsimile: 927-360-1901

Marc J. Pensabene (*Pro Hac Vice*)
New York State Bar No. 2656361
mpensabene@omm.com
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Facsimile: 212-326-2061

Darin Snyder (*Pro Hac Vice*)
California State Bar No. 136003
dsnyder@omm.com
Bill Trac (admitted to E.D. Tex.)
California State Bar No. 281437
btrac@omm.com
Rui Li (*Pro Hac Vice*)
California State Bar No. 320332
rli@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: 415-984-8700
Facsimile: 415-984-8701

***Attorneys for Bank of America, N.A.***

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via email on June 3, 2022.

*/s/ Leslie V. Payne*
Leslie V. Payne

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is agreed.

*/s/ Leslie V. Payne*
Leslie V. Payne