# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LMIITED PARTNERSHIP and WAPP TECH CORP., § § § § Plaintiffs, § § v. § § BANK OF AMERICA, N.A., § § Defendant. § § | Case No. 4:21-cv-00670-ALM<br><br>Jury Trial Requested |

### ORDER GRANTING JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER SOURCE CODE ADDENDUM

Before the Court is the parties' Joint Motion for Entry of Protective Order Source Code Addendum (Dkt. #80). The Court hereby GRANTS the motion and ORDERS that the parties' Protective Order Source Code Addendum is entered.

**IT IS SO ORDERED.**

**SIGNED this 6th day of June, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE