IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., § § § | | |
| *Plaintiffs,* § | Case No. 4:21-cv-00670-ALM | |
| § | | |
| v. § | | |
| § | JURY TRIAL DEMANDED | |
| BANK OF AMERICA, N.A., § § | | |
| *Defendant.* § § | | |

### ORDER GRANTING PLAINTIFFS' MOTION TO SEAL

Before the Court is Plaintiffs' Motion for Leave to File SEALED Exhibit (Dkt. #92) to Plaintiffs' Reply in Support of Motion to Compel.

After considering the Motion and relief requested herein, the Court finds that the Motion should be and hereby is **GRANTED,** and Dkt. #94 shall be maintained under seal by the Clerk.

**IT IS SO ORDERED.**
**SIGNED** this 27th day of June, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE