IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.,<br><br>*Plaintiffs,*<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>*Defendant.* | § § § § § § § § § § § § | Case No. 4:21-cv-00670-ALM<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW ATTORNEYS**

Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. (collectively, "Wapp" or "Plaintiffs") move the Court for an Order withdrawing Amir Alavi, Demetrios Anaipakos, Scott W. Clark, Brian Simmons, Justin Chen, and Masood Anjom (collectively "Withdrawing Attorneys") as counsel of record for Wapp and removing their names from the list of persons authorized to receive electronic notices in this case.

The Withdrawing Attorneys are no longer with the firm of Ahmad, Zavitsanos & Mensing P.C.  All other attorneys of record for Ahmad, Zavitsanos & Mensing P.C. will continue as counsel for Wapp in this case.

Dated:  July 6, 2022                                    Respectfully submitted,

    /s/ *Weining Bai*
Jason McManis
Texas Bar No. 24088032
jmcmanis@azalaw.com
Weining Bai
Texas Bar No. 24101477
wbai@azalaw.com
Kelsi Stayart White (Pro Hac Vice Pending)
Texas Bar No. 24098477
kwhite@azalaw.com
**AHMAD, ZAVITSANOS & MENSING P.C.**
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

Leslie V. Payne
State Bar No. 0784736
lpayne@hpcllp.com
R. Allan Bullwinkel
State Bar No. 24064327
abullwinkel@hpcllp.com
Alden G. Harris
State Bar No. 24083138
aharris@hpcllp.com
Christopher L. Limbacher
State Bar No. 24102097
climbacher@hpcllp.com
William B. Collier, Jr.
State Bar No. 24097519
wcollier@hpcllp.com
HEIM PAYNE & CHORUSH, LLP
1111 Bagby St., Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

J. Michael Young
SBN 00786465
myoung@somlaw.net
Roger D. Sanders
SBN 17604700
rsanders@somlaw.net

                                  SANDERS, MOTLEY, YOUNG & GALLARDO, PLLC
                                  111 South Travis Street
                                  Sherman, Texas 75090
                                  (903) 892-9133
                                  (903) 892-4302 (fax)

**ATTORNEYS FOR PLAINTIFFS WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP.**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiffs conferred by email with counsel for Defendant on July 5, 2022, and that Defendant does not oppose this motion.

                                                                         /s/ *Weining Bai*
                                                                         Weining Bai

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on July 6, 2022. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

                                                                         /s/ *Weining Bai*
                                                                         Weining Bai