# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Case No. 4:21-cv-00670 <br><br> JURY TRIAL DEMANDED |

## GRANTING DEFENDANT'S MOTION TO SEAL

Before the Court is Defendant's Motion to Seal Defendant's Sur-Reply in Opposition to Plaintiffs' Motion to Amend Infringement Contentions (Dkt. #129).

After considering the Motion and relief requested herein, the Court finds that the Motion should be and hereby is GRANTED, and Bank of America's Sur-Reply in Opposition to Plaintiffs' Motion to Amend Infringement Contentions (Dkt. #130) shall be maintained under seal by the Clerk.

**IT IS SO ORDERED.**

**SIGNED this 1st day of August, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE