# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA N.A., <br><br> Defendant. | Case No. 4:21-cv-00670-ALM <br><br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. ("Wapp") and Defendant Bank of America N.A. ("Bank of America") file this Joint Motion to Amend the Scheduling Order. The parties agree that good cause exists for the requested continuance of deadlines given the need for further time to complete fact discovery. A proposed order reflecting the parties' proposed agreed amended scheduling order for this action is attached. The parties respectfully request that the Court grant this motion and continue the deadlines as proposed below.

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Fact Discovery Deadline. All discovery must be served in time to be completed by this date. | October 20, 2022 | December 9, 2022 |
| Deadline for Initial Mandatory Disclosure of all persons, documents, data compilations, and tangible things, which are relevant to a claim or defense of any party and which has not previously been disclosed. This deadline is not an extension of earlier deadlines set out in this court's order or that Patent Rules, nor an excuse to delay disclosure of information. It is a catchall deadline for provision of all | October 20, 2022 | December 9, 2022 |

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| remaining information that may be relevant to a claim or defense of any party at trial. | | |
| Parties with burden of proof to designate Expert Witnesses other than claims construction experts and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(2)(B).<br><br>Objections to any expert, including Daubert motions, shall be filed within 3 weeks of the Expert Report disclosure. Such objections and motions are limited to ten pages. | October 27, 2022 | December 16, 2022 |
| Parties designate expert witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness report, to include for ALL experts all information set out in Rule 26(2)(B).<br><br>Objections to any expert, including Daubert motions, shall be filed within 3 weeks of the Expert Report disclosure. Such objections and motions are limited to ten pages. | November 22, 2022 | January 20, 2023 |
| Deadline to file dispositive motions and any other motions that may require a hearing. Regardless of how many dispositive motions a party files, each party is limited to a total of sixty pages for such motions. Each individual motion shall comply with Local Rules CV-7.<br><br>Expert Discovery deadline | December 1, 2022 | February 3, 2023 |
| Notice of intent to offer certified records<br><br>Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (See www.txed.uscourts.gov) and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases)). | January 20, 2023 | March 6, 2023 |

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Motions in limine due. | January 25, 2023 | March 10, 2023 |
| File Joint Final Pretrial Order (see www.txed.uscourts.gov. Exchange Exhibits and deliver copies to the court. At this date, all that is required to be submitted to the court is a hyperlinked exhibit list on disk (2 copies) and no hard copies. <br><br> If Parties will be requesting daily copy of the transcript during trial, they must notify the Court's court reporter Chris Bickham, Chris_Bickham@txed.uscourts.gov by this date. | | |
| Video Deposition Designations due. Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those that cannot be resolved shall be presented to the court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the court's rulings on objections. | January 26, 2023 | March 13, 2023 |
| Objections and counter deposition designations due. Counsel must consult on any objections and only those that cannot be resolved shall be presented to the court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the court's rulings on objections. | February 2, 2023 | March 20, 2023 |

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Responses to motions in limine due.<br><br>File objections to witnesses, depositions extracts, and exhibits, listed in pre-trial order. This does not extend the deadline to object to expert witnesses. If numerous objections are filed, the court may set a hearing prior to docket call.<br><br>File Proposed Jury Instructions and Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). | February 8, 2023 | March 27, 2023 |
| **Final Pretrial Conference** at 9:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. | February 17, 2023 | April 5, 2023 |
| Jury selection and trial at 10:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. | TBD | TBD |

Dated:  October 4, 2022

/s/  Timothy S. Durst

   Timothy S. Durst
   Texas State Bar No. 00786924
   tdurst@omm.com
   Cason G. Cole
   Texas State Bar No. 24109741
   ccole@omm.com
   O'MELVENY & MYERS LLP
   2501 North Harwood Street, Suite 1700
   Dallas, TX 75201
   Telephone: (972) 360-1900
   Facsimile: (927) 360-1901

   Marc J. Pensabene (*Pro Hac Vice*)
   New York State Bar No. 2656361
   mpensabene@omm.com
   O'MELVENY & MYERS LLP
   7 Times Square
   New York, NY 10036
   Telephone: (212) 326-2000
   Facsimile: (212) 326-2061

   Darin Snyder (*Pro Hac Vice*)
   California State Bar No. 136003
   dsnyder@omm.com
   Bill Trac
   California State Bar No. 281437
   btrac@omm.com
   Rui Li (*Pro Hac Vice*)
   California State Bar No. 320332
   rli@omm.com
   O'MELVENY & MYERS LLP
   2 Embarcadero Center, 28th Floor
   San Francisco, CA 94111
   Tel: (415) 984-8700
   Fax: (415) 984-8701

   Tim Byron *(Pro Hac Vice)*
   California State Bar No. 277569
   tbyron@byronraphael.com
   BYRON RAPHAEL LLP
   100 Pine Street, Suite 1250
   San Francisco, CA 94111
   Tel: (415) 839-8500

Respectfully submitted,

/s/ Leslie V. Payne

Jason McManis
Texas Bar No. 24088032
jmcmanis@azalaw.com
Weining Bai
Texas Bar No. 24101477
wbai@azalaw.com
Kelsi Stayart White (Pro Hac Vice)
Texas Bar No. 24098477
kwhite@azalaw.com
AHMAD, ZAVITSANOS & MENSING P.C.
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

Leslie V. Payne
State Bar No. 0784736
lpayne@hpcllp.com
R. Allan Bullwinkel
State Bar No. 24064327
abullwinkel@hpcllp.com
Alden G. Harris
State Bar No. 24083138
aharris@hpcllp.com
Christopher L. Limbacher
State Bar No. 24102097
climbacher@hpcllp.com
William B. Collier, Jr.
State Bar No. 24097519
wcollier@hpcllp.com
HEIM PAYNE & CHORUSH, LLP
1111 Bagby St., Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

Christopher Larus (Pro Hac Vice)
Minnesota Bar No. 0226828
clarus@robinskaplan.com
John K. Harting (Pro Hac Vice)
Minnesota Bar No. 0392234
jharting@robinskaplan.com
Benjamen C. Linden (Pro Hac Vice)
Minnesota Bar No. 0393232

Jordan Raphael *(Pro Hac Vice)*
California State Bar No. 252344
jraphael@byronraphael.com
BYRON RAPHAEL LLP
1055 West 7th Street
Los Angeles, CA 90017
Tel: (213) 291-9800

**Attorneys for Bank of America, N.A.**

blinden@robinskaplan.com
Emily J. Tremblay (Pro Hac Vice)
Minnesota Bar No. 0395003
etremblay@robinskaplan.com
Rajin S. Olson (Pro Hac Vice)
Minnesota Bar No. 0398489
rolson@robinskaplan.com
Robins Kaplan LLP
800 LaSalle Ave., Unit 2800
Minneapolis, MN 55402
Telephone: (612) 349-0116
Facsimile: (612) 339-4181

J. Michael Young
SBN 00786465
myoung@somlaw.net
Roger D. Sanders
SBN 17604700
rsanders@somlaw.net
SANDERS, MOTLEY, YOUNG & GALLARDO, PLLC
111 South Travis Street
Sherman, Texas 75090
(903) 892-9133
(903) 892-4302 (fax)

**Attorneys for Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp.**

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 4, 2022, counsel for Defendant conferred via e-mail with counsel for the Plaintiffs regarding the Motion. Based on that conference, the relief requested herein is jointly agreed upon.

          /s/ *Timothy S. Durst*
          Timothy S. Durst

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service pursuant to Local Rule CV-5(a)(3)(A).

          /s/ *Timothy S. Durst*
          Timothy S. Durst