# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Case No. 4:21-cv-00670 <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

Before the Court is the parties' Joint Motion to Amend Scheduling Order (Dkt. #137). After considering the Motion and in light of its joint nature, the Court finds that the Motion should be and hereby is GRANTED.  Accordingly, the following deadlines shall remain in effect until further Order of the Court:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Fact Discovery Deadline. All discovery must be served in time to be completed by this date. | October 20, 2022 | December 9, 2022 |
| Deadline for Initial Mandatory Disclosure of all persons, documents, data compilations, and tangible things, which are relevant to a claim or defense of any party and which has not previously been disclosed. This deadline is not an extension of earlier deadlines set out in this court's order or that Patent Rules, nor an excuse to delay disclosure of information. It is a catchall deadline for provision of all remaining information that may be relevant to a claim or defense of any party at trial. | October 20, 2022 | December 9, 2022 |
| Parties with burden of proof to designate Expert Witnesses other than claims | October 27, 2022 | December 16, 2022 |

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| construction experts and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(2)(B).<br><br>Objections to any expert, including Daubert motions, shall be filed within 3 weeks of the Expert Report disclosure. Such objections and motions are limited to ten pages. | | |
| Parties designate expert witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness report, to include for ALL experts all information set out in Rule 26(2)(B).<br><br>Objections to any expert, including Daubert motions, shall be filed within 3 weeks of the Expert Report disclosure. Such objections and motions are limited to ten pages. | November 22, 2022 | January 20, 2023 |
| Deadline to file dispositive motions and any other motions that may require a hearing. Regardless of how many dispositive motions a party files, each party is limited to a total of sixty pages for such motions. Each individual motion shall comply with Local Rules CV-7.<br><br>Expert Discovery deadline | December 1, 2022 | February 3, 2023 |
| Notice of intent to offer certified records<br><br>Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (See www.txed.uscourts.gov) and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases)). | January 20, 2023 | March 6, 2023 |
| Motions in limine due.<br><br>File Joint Final Pretrial Order (see www.txed.uscourts.gov. Exchange Exhibits | January 25, 2023 | March 10, 2023 |

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| and deliver copies to the court. At this date, all that is required to be submitted to the court is a hyperlinked exhibit list on disk (2 copies) and no hard copies.<br><br>If Parties will be requesting daily copy of the transcript during trial, they must notify the Court's court reporter Chris Bickham, Chris_Bickham@txed.uscourts.gov by this date. | | |
| Deposition Designation due.  Each party who proposes to offer a deposition shall serve on all other parties a  disclosure identifying the line and page numbers to be offered.  All other parties will have seven calendar days to serve  a response with any objections and  requesting cross examination line and page numbers to be included.  Counsel must consult on any objections, and only those which cannot be resolved shall be presented to the Court. The party who served an initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all  parties' designations and the Court's rulings on objections. | January 26, 2023 | March 13, 2023 |
| Objections and counter deposition designations due. Counsel must consult on any objections and only those that cannot be resolved shall be presented to the court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the court's rulings on objections. | February 2, 2023 | March 20, 2023 |
| Responses to motions in limine due.<br><br>File objections to witnesses, depositions extracts, and exhibits, listed in pre-trial order. This does not extend the deadline to object to | February 8, 2023 | March 27, 2023 |

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| expert witnesses. If numerous objections are filed, the court may set a hearing prior to docket call.<br><br>File Proposed Jury Instructions and Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). | | |
| **Final Pretrial Conference** at 9:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. | February 17, 2023 | April 5, 2023 |
| Jury selection and trial at 10:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. | TBD | TBD |

**IT IS SO ORDERED.**

**SIGNED this 11th day of October, 2022.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE