# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Case No. 4:21-cv-00670-ALM <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANT'S MOTION TO SEAL

Before the Court is Defendant Bank of America, N.A.'s ("Bank of America") Motion to Seal Bank of America's Partially Opposed Motion for Leave to Supplement Invalidity Contentions (the "Motion" - Dkt. #138) and Exhibits A through I attached thereto.

After considering the Motion and relief requested therein, the Court finds that the Motion should be and hereby is **GRANTED,** and Bank of America's Partially Opposed Motion for Leave to Supplement Invalidity Contentions (Dkt. #139) shall be maintained under seal until further Court order.

**IT IS SO ORDERED.**

SIGNED this 12th day of October, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE