IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., | § § § § | Civil Action No. 4:21-CV-00670-ALM |
| Plaintiffs, | § § § | Jury Trial Requested |
| v. | § § | |
| BANK OF AMERICA, N.A., | § § § | |
| Defendant. | § | |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. ("Wapp Tech") and Defendant Bank of America, N.A. ("Bank of America") (collectively the "Parties") hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement between Wapp Tech and Bank of America.

The Parties recently reached a resolution in principle and are in the process of documenting the settlement. The Parties anticipate submitting final dismissal papers by December 22, 2022. Accordingly, the Parties respectfully request that the Court grant a stay of all proceedings between Wapp Tech and Bank of America, including all pending discovery and all deadlines.

The Parties submit that good cause exists for granting this agreed motion, as set forth above. This motion is not filed for purposes of delay, but so that justice may be served.

Wherefore, the Parties respectfully request that the Court enter the proposed order submitted with this joint motion.

DATED:  December 7, 2022                Respectfully submitted,

                                        By:  /s/ *Alden G. Harris*

                                        Leslie V. Payne
                                        State Bar No. 0784736
                                        lpayne@hpcllp.com
                                        R. Allan Bullwinkel
                                        State Bar No. 24064327
                                        abullwinkel@hpcllp.com
                                        Alden G. Harris
                                        State Bar No. 24083138
                                        aharris@hpcllp.com
                                        Christopher L. Limbacher
                                        State Bar No. 24102097
                                        climbacher@hpcllp.com
                                        William B. Collier, Jr.
                                        State Bar No. 24097519
                                        wcollier@hpcllp.com
                                        HEIM PAYNE & CHORUSH, LLP
                                        1111 Bagby St., Suite 2100
                                        Houston, Texas 77002
                                        Telephone: (713) 221-2000
                                        Facsimile: (713) 221-2021

                                        Christopher Larus (Pro Hac Vice)
                                        Minnesota Bar No. 0226828
                                        clarus@robinskaplan.com
                                        John K. Harting (Pro Hac Vice)
                                        Minnesota Bar No. 0392234
                                        jharting@robinskaplan.com
                                        David A. Prange
                                        Minnesota Bar No. 329976
                                        dprange@robinskaplan.com
                                        Benjamen C. Linden (Pro Hac Vice)
                                        Minnesota Bar No. 0393232
                                        blinden@robinskaplan.com
                                        Emily J. Tremblay (Pro Hac Vice)
                                        Minnesota Bar No. 0395003
                                        etremblay@robinskaplan.com
                                        Rajin S. Olson (Pro Hac Vice)
                                        Minnesota Bar No. 0398489
                                        rolson@robinskaplan.com
                                        ROBINS KAPLAN LLP
                                        800 LaSalle Ave., Unit 2800
                                        Minneapolis, MN 55402

Telephone: (612) 349-8500
Facsimile: (612) 339-4181

**ATTORNEYS FOR PLAINTIFFS
WAPP TECH LIMITED PARTNERSHIP and
WAPP TECH CORP.**

By:    /s/ *Timothy S. Durst*

Timothy S. Durst
Texas State Bar No. 00786924
tdurst@omm.com
**O'MELVENY & MYERS LLP**
2501 North Harwood Street
Suite 1700
Dallas, TX 75201-1663
Telephone: 972-360-1900
Facsimile: 927-360-1901

Marc J. Pensabene (*Pro Hac Vice*)
New York State Bar No. 2656361
mpensabene@omm.com
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Facsimile: 212-326-2061

Darin Snyder (*Pro Hac Vice*)
California State Bar No. 136003
dsnyder@omm.com
Bill Trac (admitted to E.D. Tex.)
California State Bar No. 281437
btrac@omm.com
Rui Li (*Pro Hac Vice*)
California State Bar No. 320332
rli@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: 415-984-8700
Facsimile: 415-984-8701

**ATTORNEYS FOR BANK OF AMERICA, N.A.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alden G Harris*